UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California Limited Liability Company; and DOES1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-08979-AB-AGR<br><br>**STIPULATED [PROPOSED] ORDER REGARDING CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER [ECF NO. 30]** |

WHEREAS, on June 22, 2017, Plaintiff Sevag Chalian and Defendants CVS Pharmacy, Inc., CVS Rx Services, Inc., and Garfield Beach CVS, LLC ("CVS") (collectively, the "Parties") filed a Stipulated Confidentiality Agreement and [Proposed] Protective Order (ECF No. 29);

WHEREAS, on June 28, 2018, the Court entered the Stipulated Confidentiality Agreement and Protective Order (ECF No. 30);

WHEREAS, in the course of discovery, Mr. Chalian requested, and CVS agreed to produce, a list including the names, addresses and most recent telephone numbers of putative class members;

NOW, THEREFORE, the parties hereby recognize, and the Court hereby holds, that the protections afforded under the terms of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 30) are sufficient to protect the privacy interests of any current or former employees whose names, addresses, and telephone numbers are produced during the course of discovery ("Class Contact Information"), because:

    (1) the producing party shall designate any Class Contact Information "CONFIDENTIAL" pursuant to the terms of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 30); and

    (2) when contacting putative class members, counsel for Mr. Chalian shall advise them that (a) their contact information was produced by Defendants pursuant to the Stipulated Confidentiality Agreement and Protective Order (ECF No. 30), (b) they have the right not to talk with Plaintiff's counsel, and (c) if they elect not to talk with Plaintiff's counsel, Plaintiff's counsel will terminate the communication and will not contact them again.

DATED: July 16, 2018					ALEXANDER KRAKOW + GLICK LLP


By  */s/ Michael S. Morrison*
　　Michael S. Morrison
　　Attorneys for Plaintiff

DATED: July 16, 2018					GREENBERG TRAURIG, LLP


By  */s/ James N. Boudreau*
　　James N. Boudreau
　　Attorneys for Defendants CVS Pharmacy, Inc.,
　　CVS Rx Services, Inc., Garfield Beach CVS, LLC,
　　and Does 1 through 100


July 19, 2018

IT IS SO ORDERED.

_____
THE HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE