Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
**BOYAMIAN LAW, INC.**
550 N. Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone:  (818) 547-5300
Facsimile:    (818) 547-5678
E-mail: michael@boyamianlaw.com
            armand@boyamianlaw.com

Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, PATRICK BRENNAN, and the Putative Class

James N. Boudreau (SBN PA 77891)
Christiana L. Signs (SBN PA 317851)
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103
Telephone: 215.988.7800
Facsimile: 215.988.7801
boudreauj@gtlaw.com
signsc@gtlaw.com

Attorneys for Defendants CVS PHARMACY, INC., CVS RX SERVICES, INC., and GARFIELD BEACH CVS, LLC

(*Additional Counsel Listed on Following Page*)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br><br>*Related Case No.: 2:20-cv-02401-AB-AGR*<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**JOINT STIPULATION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

Michael S. Morrison, SBN 205320
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:   (310) 394-0888
Facsimile:    (310) 394-0811
E-mail: mmorrison@akgllp.com

R. Craig Clark, SBN 129219
**CLARK LAW GROUP**
205 West Date Street
San Diego, CA 92101
Telephone:   (619) 239-1321
Facsimile:    (888) 273-4554
E-mail: cclark@clarklawyers.com

Thomas W. Falvey, SBN 65744
**LAW OFFICES OF THOMAS W. FALVEY**
550 N. Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone:   (818) 547-5200
Facsimile:    (818) 500-9307
E-mail: thomaswfalvey@gmail.com

Walter Haines, SBN 071075
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-4554

Attorneys for Plaintiffs SEVAG CHALIAN,
SIGFREDO CABRERA, ENKO TELAHUN,
CHRISTINE MCNEELY, PATRICK BRENNAN,
and the Putative Class

Tyler R. Andrews (SBN CA 250686)
**GREENBERG TRAURIG, LLP**
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
andrewst@gtlaw.com

Attorneys for Defendants CVS PHARMACY, INC.,
CVS RX SERVICES, INC., and GARFIELD
BEACH CVS, LLC

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, and PATRICK BRENNAN ("Plaintiffs"), on the one hand, and Defendants CVS PHARMACY, INC., CVS RX SERVICES, INC., GARFIELD BEACH CVS, LLC (collectively "CVS" or "Defendants") (Plaintiffs and Defendants together as "Parties"), on the other hand, through their attorneys of record, hereby stipulate as follows:

WHEREAS, the above-captioned case is a putative wage and hour class action that was filed on July 20, 2016 in Los Angeles County Superior Court.

WHEREAS, this matter was removed to the Central District of California on December 5, 2016. *See* Dkt. No 1, Notice of Removal.

WHEREAS, the putative class in this matter encompasses pharmacists who worked in either CVS Region 65 or 72 in the State of California, and who completed mandatory training modules. *See* Dkt. No. 44, First Amended Complaint, ¶ 15.

WHEREAS, in essence, Plaintiff alleges that he and the other putative class members completed mandatory training modules outside of their shifts and were not compensated for such time by CVS. First Amended Complaint, ¶¶ 21-22, 24-28.[1]

WHEREAS, the *Cabrera* action is also a putative wage and hour class action suit, filed by Plaintiffs Sigfredo Cabrera, Enko Telahun, and Christine McNeely ("*Cabrera* Plaintiffs"), against Defendants CVS Rx Services, Inc., a New York corporation, CVS Pharmacy, Inc., a Rhode Island corporation, and Garfield Beach CVS, LLC a California limited liability company (i.e., the same Defendants as in the *Chalian* action).

---

[1] Tamara Aleksandryan, previously a Plaintiff and proposed Class Representative, was dismissed from this suit on October 17, 2017, after Defendants brought a Motion to Compel Arbitration. *See* Dkt. No. 52, Order Granting Motion to Compel Arbitration.

WHEREAS, similar to the Plaintiff in this matter, the *Cabrera* Plaintiffs represent a putative class composed of California CVS pharmacy employees who worked off the clock, including completing mandatory training modules, in addition to other wage and hour claims. *See* Cabrera, Dkt. 49, Second Amended Complaint, ¶¶ 8, 29-38.

WHEREAS, the *Cabrera* action was initially filed in Alameda County Superior Court on August 3, 2017.

WHEREAS, on October 9, 2017, the *Cabrera* action was removed to the Northern District of California. *See Cabrera*, Dkt. No. 1, Notice of Removal.

WHEREAS, in 2018, counsel for the Plaintiffs in the Central District of California Action and the Northern District of California Action decided to work cooperatively and jointly prosecute their respective actions. To that end, the Parties executed new fee sharing agreements with Plaintiffs.

WHEREAS, after protracted negotiations which involved two mediations, on November 11, 2019, the Parties reached an agreement in principal to resolve all pending wage and hour disputes between them.

WHEREAS, subsequent to this, additional pay and time data, as well as additional written policies, were provided to Plaintiffs to further verify the accuracy of their analysis and projections, and to ensure the Settlement was fair, reasonable, and adequate.

WHEREAS, the *Cabrera* action was thereafter ordered transferred to the Central District of California on March 9, 2020. *See Cabrera*, Dkt. No. 124, Joint Stipulation and Order to Transfer Venue and Consolidate Action.

WHEREAS, major claims in both the *Chalian* and *Cabrera* actions arise from alleged wage and hour violations stemming from CVS's policies and practices concerning mandatory pharmacy employee training.

WHEREAS, on June 3, 2020, the Parties filed a stipulation with leave to file a consolidated Second Amended Complaint which combines the *Chalian* and

*Cabrera* actions into one consolidated action. *See Chalian*, Dkt. No. 74, 74-1.

WHEREAS, despite previously arguing to the District Court that their case was not related to this action, on June 5, 2020, Plaintiffs Ryan Hyams and Regine Duhon have now filed a Motion to Intervene and Motion to Stay. *See Chalian*, Dkt. Nos. 75, 77, respectively, Proposed Intervenors' Notice of Motion and Motion to Intervene Pursuant to FRCP 24 and Proposed Intervenors' Notice of Motion and Motion To Stay Entry of Order;

WHEREAS, on June 9, 2020, the Court denied without prejudice the Parties' Stipulation to Consolidate the Related Actions of *Chalian* and *Cabrera* and to file a Second Amended Complaint and required that the Parties file a Joint Status Report. *See Chalian*, Dkt. No. 80;

WHEREAS, the Parties on June 15, 2020, filed a Joint Status Report requesting that the Court (1) vacate the stay in the case, and (2) set forth a new case deadlines that allow Plaintiffs' forthcoming Motion for Preliminary Approval of Class Action Settlement to be heard concurrently with Proposed Intervenors' Motion to Intervene. *See Chalian*, Dkt. No. 82;

WHEREAS, on June 19, 2020, the Court entered an Order granting the Joint Stipulation to Vacate Stay and Set New Case Deadlines, including that Proposed Intervenors' Motion and Plaintiffs' Motion for Preliminary Approval be heard concurrently on July 24, 2020. *See Chalian,* Dkt. No. 87;

WHEREAS, the Parties subsequently conferred regarding the filing of Plaintiffs' Motion for Preliminary Approval taking into account the recent Intervention and Stay Motions, as Plaintiffs were unaware of the *Hyams* lawsuit because a notice of related case was never filed by the *Hyams* Plaintiffs while preparing and finalizing their Motion for Preliminary Approval;

WHEREAS, Plaintiffs are now in the process of editing their Motion for Preliminary Approval to address the contentions and overall merits of Proposed Intervenors recently-filed Motion;

WHEREAS, in addition to the foregoing, given the extensive procedural history of both the *Chalian* and *Cabrera* actions, the significant monetary result achieved and the anticipated analysis to support the result achieved, Plaintiffs' forthcoming Motion for Preliminary Approval will exceed the page limitation set forth under Local Rule 11-6 of the U.S. District Court for the Central of California;

WHEREAS, under Local Rule 11-6 of the U.S. District Court for the Central District of California, "No memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted."

WHEREAS, the Parties agree that justification and good cause exist for extending the 25-page limit for Plaintiffs' Motion for Preliminary Approval;

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate as follows, subject to the approval of the Court, regarding the page limit of Plaintiffs' Motion for Preliminary Approval:

1. Plaintiffs shall file their Motion for Preliminary Approval, along with supporting memoranda, in excess of 25-pages but not to exceed 50 pages in length.

**IT IS SO STIPULATED.**

Dated: June 19, 2020          **BOYAMIAN LAW, INC.**
                              **ALEXANDER KRAKOW + GLICK LLP**
                              **LAW OFFICES OF THOMAS W. FALVEY**


                              By: /s/ Michael H. Boyamian
                              Michael H. Boyamian
                              Armand R. Kizirian
                              Michael S. Morrison
                              Thomas W. Falvey
                              R. Craig Clark
                              Walter Haines
                              Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, PATRICK BRENNAN, and the Putative Class

Dated: June 19, 2020      **GREENBERG TRAURIG, LLP**

By: /s/ James N. Boudreau
James N. Boudreau
Christiana L. Signs
Tyler R. Andrews
Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, PATRICK BRENNAN, and the Putative Class

# CERTIFICATE OF SERVICE

I, Michael Morrison, an employee in the City of Los Angeles, certify that on June 19, 2020, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

> PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES;
>
> DECLARATION OF MICHAEL MORRISON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE;
>
> [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, SETTING OF A FINAL APPROVAL HEARING, AND APPROVAL OF NOTICE TO THE CLASS;
>
> JOINT STIPULATION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL;
>
> [PROPOSED] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

**[SEE SERVICE LIST]**

June 19, 2020                ALEXANDER KRAKOW + GLICK LLP

                    By:    s/ Michael Morrison
                           MICHAEL MORRISON
                           Attorneys for Plaintiff,
                           Sevag Chalian

# SERVICE LIST

| *Counsel for Defendant:* | *Co-Counsel for Plaintiff:* |
|---|---|
| Tyler R. Andrews, Esq.<br>Roger L. Scott, Esq.<br>Christina Signs, Esq.<br>GREENBERG TRAURIG, LLP<br>3161 Michelson Drive, Suite 1000<br>Irvine, California 92162<br>Tel: 949 732 6500<br>Fax: 949 732 6501<br>Email: andrewst@gtlaw.com<br>scottro@gtlaw.com<br><br>R. Craig Clark, Esq.<br>The Clark Law Group<br>3258 Fourth Avenue<br>San Diego, California 92103<br>Tel: 619 239 1321<br>Fax: 888 273 4554<br>Email: cclark@clarklawyers.com<br>mrodriguez@clarklawyers.com | Michael H. Boyamian, Esq.<br>Armand R. Kizirian, Esq.<br>Boyamian Law, Inc.<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>Tel: 818 547 52300<br>Fax: 818 547 5678<br><br>Thomas W. Falvey, Esq.<br>Law Offices of Thomas W. Falvey<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>Tel: 818 547 5200<br>Fax: 818 500 9307 |