# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br><br>*Related Case No.: 2:20-cv-02401-AB-AGR*<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>[~~PROPOSED~~] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

1    The Court, having considered the Joint Stipulation to Extend the Page Limit
2    for Plaintiffs' Motion for Preliminary Approval, finds that good cause exists to
3    permit Plaintiffs to file their Motion for Preliminary Approval in excess of 25
4    pages but not to exceed 50 pages in length.
5    **IT IS SO ORDERED.**
6
7    Dated: June 24, 2020                    _____
                                              The Honorable André Birotte Jr.
8                                             Judge of the United States District Court for
                                              the Central District of California