BETH A. GUNN, CA Bar No. 218889
beth@gunncoble.com
CATHERINE J. COBLE, CA Bar No. 223461
cathy@gunncoble.com
GUNN COBLE LLP
101 S. 1st Street, Suite 407
Burbank, CA 91502
Telephone:   818.900.0695
Facsimile:   818.900.0723

Attorneys for Plaintiffs-Intervenors
RYAN HYAMS and REGINE DUHON,
on behalf of themselves, and all others similarly situated

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>*v.*<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br>Assigned to Hon. Andre Birotte Jr.<br>*Related Case No.:2:20-cv-02401-AB-AGR*<br><br>**DECLARATION OF RICHARD DROGIN IN SUPPORT OF PROPOSED INTERVENORS' OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>DATE:      July 24, 2020<br>TIME:       10:00 a.m.<br>PLACE:    Courtroom 7B<br>                  350 West First Street,<br>                  Los Angeles, California<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

I, RICHARD DROGIN, hereby declare:

The facts set forth herein are personally known to me, and I have firsthand knowledge of same. If called as a witness, I could and would competently testify thereto.

### Introduction

1. I hold a Ph.D. in statistics from the University of California at Berkeley, earned in 1970. I am currently an Emeritus Professor in the Department of Statistics at California State University, Hayward, where I have taught graduate and undergraduate courses in data analysis, non-parametric methods, regression analysis, sample surveys, probability theory, queuing theory, simulation methods and design of statistical software. I have been employed at California State University, Hayward, since 1973, and became an Emeritus Professor in 1996.

2. I am a partner in the statistical consulting firm of Drogin, Kakigi & Associates. This firm provides consulting services and computerized database management. We have experience in designing and analyzing random sampling plans, organizing and managing large database systems, stochastic modeling, and performing advanced statistical analysis. Our firm has served as statistical consultants to both governmental agencies and the private sector for over twenty-five years. I have been retained as a statistical consultant in over 250 class action cases, primarily cases involving employment discrimination and wage and hour claims, and I have testified over 25 times as an expert witness (statistical analysis, computer processing) in numerous state, and federal courts. I have never failed to qualify as an expert in statistics in any litigation. A copy of my current resume is attached hereto as **Exhibit 1**.

3. My firm has been retained by Proposed Intervenors' counsel in the *Chalian v. CVS Pharmacy* litigation pending in United States District Court, Central District of California (2:16-cv-08979-AB-AGR). My firm was initially retained by counsel for Plaintiffs/Proposed Intervenors in the matter of *Ryan Hyams and Regine*

*Duhon, on behalf of themselves and all others similarly situated against CVS Pharmacy Inc., et al.*, pending in the Northern District of California (4:18-cv-06278-HSG).  In particular, we have been asked to provide various tabulations regarding hours worked and earnings among employees at CVS stores, based on employee time and payroll records produced in the *Hyams* matter and provided to me by counsel.  In addition, we have been asked to make a calculation of class damages and PAGA penalties resulting from various alleged violations of the Labor Code, using factual assumptions for legal theories provided by Proposed Intervenor's counsel.

4.      To perform my study I was provided with various data files and documents.  A detailed list of the materials provided to me is attached as **Exhibit 2**.

## Time Punch Data Processing

5.      I have been provided with timekeeping records and payroll files, along with various files designating class membership, type of store, and specific subgroups of employees.  The timekeeping records were provided in several files, which were combined into a single file containing over 59.2 million records.  These records show details of shifts worked during August 21, 2014 through December 20,2019.  This file includes timekeeping records for a total of 59,635 employees. The timekeeping records show each work interval on each shift.  So, for example if an employee worked in the morning, took a lunch break and then returned to work in the afternoon, there would be two records for that person for that shift, showing the times when the employee started work in the morning, left for a lunch break, then returned, and finally the time the employee clocked out of the shift in the afternoon.  The time records were processed into a person-shift file that contained one record per shift per person, combining the information from the work intervals by that person for that shift into a single record.  This resulted in a total of over 23.99 million person-shift records.  Various pieces of information were then appended onto each record, indicating whether a person fell into certain categories.

DECLARATION OF RICHARD DROGIN

For example, whether the store was a Target Store or not, whether the person was subject to arbitration, whether the person worked in the Pharmacy or not, and whether the person was a Pharmacist, and other factors relevant to implementing various constraints in the analysis.  Approximately 4.7% person-shift records were excluded because they were for non-California stores or because they had anomalous values[1]. This resulted in a working file of over 22.86 million person-shifts for 58,877 distinct employee IDs with date range covering the time period August 21, 2014 through December 20, 2019.

**Calculations from the CVS Time Punch Data and Earnings Data**

6.     I have been asked by counsel to provide the following calculations from the data:

a.     The number of employees who ever worked in pharmacy is 23,958.

b.     Employees are in the "arbitration subgroup" if they do not have an Opt Out date and have an arbitration training date that was prior to August 21, 2018.   The number of employees who ever worked in pharmacy in the arbitration subgroup is 9,091, which is 37.9% of pharmacy employees.

c.     **For the time period of July 2, 2017 to the end of the data**:

i.     As reflected in CVS's scheduling data, CVS regularly scheduled pharmacy employees for shifts greater than 9 hours in a day. According to CVS' scheduling data, over 50,000 pharmacy employee pay periods contained in the scheduling data demonstrates that pharmacy employees were scheduled for shifts greater than 9 hours in a day.

ii.     Among all employees, over 140,000 pharmacy employee pay

---

[1] Anomlous records included shifts with more than 16 hours and shifts where paid and punch hours differed by more than 1 hour.  Approximately 0.37% of all shifts were anomalous.

periods had violations of Labor Code sections  850 - 851,  because employees had a shift over nine hours, had more than 108 total hours, or worked 12 consecutive days, creating potential liability of over $27 million of PAGA damages.

iii.    Among all employees, over 25,000 pharmacy employee pay periods had violations of Labor Code sections 852, 551 and 552, because employees did not get one day's rest in seven, creating potential liability of over $4.4 million of PAGA damages.

iv.    Among all employees, over 560,000 pharmacy employee pay periods contained shifts in which the employee worked over six hours, creating potential PAGA liability based on rest break violations of over $55 million.

v.    Among all employees, compliant meal breaks were not taken by pharmacy employees in meal-period eligible shifts with no meal penalty premium (MPP) paid, when no applicable waiver was in effect, in over 195,000 pharmacy employee pay periods, resulting in liability for over $18 million in potential PAGA damages based on meal break violations.

vi.    Among all employees, over 159,000 pharmacist employee pay periods were worked with only one pharmacist on duty, creating potential liability of $15 million in potential PAGA damages based on meal break violations.

vii.    According to CVS' pay data, untimely vacation wage payouts from the prior year affected over 60,000 pharmacy employee pay periods, resulting in potential PAGA damages of over $10 million.

viii.    CVS' pay data did not include certain categories of information, including each applicable hourly rate, and the number of hours worked at that rate.  There were over 1,000,000 pharmacy employee pay periods in the relevant time period, resulting in potential liability of $50 million in potential PAGA damages for violation of Labor Code section 226.

ix.    Among all employees, there were over 217,000 pay periods worked by pharmacists.

d.     Using each employee's hourly rate for each shift at issue to calculate wage-based class damages, **for the time period of August 21, 2014 to the end of the data**, we calculated the following class-wide damage calculations:

i.     Among all employees, over 7.8 million pharmacy employee shifts of over six hours were worked with no rest penalty premium (RPP), creating potential class damages liability of for missed rest breaks of over $290 million.  Among all employees, excluding the "arbitration subgroup", over 3.3 million pharmacy employee shifts of over six hours were worked, creating potential class damages liability of over $100 million.

ii.     Among all employees, over 820,000 shifts for pharmacy employees in meal-period eligible shifts, with no MPP paid and no applicable waiver, the time records reflect that compliant meal breaks were not taken, resulting in liability for over $36 million in potential class damages to pharmacy employees.  Among all employees, excluding "arbitration subgroup", over 400,000 shifts for pharmacy employees in meal-period eligible shifts, with no MPP paid and no applicable waiver, the time records reflect that compliant meal breaks were not taken, resulting in liability for over $16 million in potential class damages to pharmacy employees.

iii.     Among all employees, the number of pharmacist shifts that were worked with only one pharmacist on duty is over 870,000, creating potential class damages based on assumptions of missed meal breaks of over $60 million. Among all employees, excluding the "arbitration subgroup", the number of pharmacist shifts that were worked with only one pharmacist on duty is over 510,000, creating potential class damages based on assumptions of missed meal breaks of over $35 million.

iv.     Among all employees, there were over 440,000 pay periods worked by pharmacists.  Among all employees, excluding "arbitration subgroup",

there were over 145,000 pay periods worked by pharmacists.

        e.  **For the time period of August 21, 2014 to September 30, 2019**:

        i.    According to CVS's time punch data, at Target pharmacies, there were over 150,000 opening shifts and over 150,000 closing shifts worked by pharmacists.  Assuming there was off-the-clock work of five minutes for each of these shifts results in over $ 3 million in potential class damages to pharmacists.

        f.  **For the time period of July 2, 2017 to September 30, 2019**:

        i.    According to CVS' time punch data, at Target pharmacies, there were over 100,000 pharmacist pay periods which contained an opening shift and over 100,000 pharmacist pay periods which contained a closing shift worked by a pharmacist, creating potential liability of over $1 million in PAGA damages.

        g.  **For the time period of July 2, 2017 to February 2019:**

        i.    There were over 410,000 pharmacy employee pay periods.  Penalties of $50 per pay period, up to $4,000 per employee, results in potential PAGA damages of over $20 million.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed this 26th  day of June 2020 at Berkeley, California.

_Richard Drogin_

_____

Richard Drogin

DECLARATION OF RICHARD DROGIN

# EXHIBIT 1

Exhibit 1

## Vita of RICHARD DROGIN
rdrogin@dkstat.com
www.dkstat.com

CURRENT POSITIONS
Professor Emeritus of Statistics, Calif. State University, Hayward, CA, since 1996;
Partner in Drogin, Kakigi and Associates, Statistical Consultants, since 1977;

PRIOR WORK EXPERIENCE
Professor of Statistics, Calif. State University, Hayward, CA, 1973-96;
Currently Professor Emeritus;
Ass't Professor of Mathematical Statistics, Columbia University, N.Y., 1971-73;
Faculty Fellow, Mathematics, University of Sussex, Brighton, England, 1970-71;

EDUCATION
University of California, Berkeley, 1967-70, Statistics, Ph.D.;
Columbia University, New York, 1966-67, Statistics;
University of California, Berkeley, 1961-66, A.B.;

JOURNAL PUBLICATIONS
"An Invariance Principle for Martingales", Annals of Mathematical Statistics, Vol. 43, No. 2, 1972, pp. 602-620;

"Convergence in Probability to Brownian Motion", Annals of Probability, Vol. 1, No. 2, April, 1973, pp. 254-262;

Co-author, with Michael Orkin, of "Risky Business", a review of the spreadsheet/simulation program PREDICT, appeared in PC World, October, 1987, pps 178-183;

BOOK PUBLICATION
Vital Statistics, (Co-Author, Michael Orkin), McGraw Hill, 1974;

SOFTWARE
Developer of "NIGHTSHIFT" program, an artificial intelligence system utilizing genetic algorithms to identify patterns in databases (1995);

Certified Apple Software Developer, and member of Apple Programmer's and Developer's Association; May, 1987 to 1993;

Beta tester for Borland International for Turbo Pascal for the Macintosh (1986-87), and Turbo Pascal Database Toolbox for the Macintosh (1987);

Co-developer, with Michael Orkin, of "THE EXPERT": artificial intelligence system for identifying patterns in football and basketball data for PC's, 1990, and other sports database programs;

Co-developer, with Michael Orkin and Roxy Roxborough, of "ROXY'S POWER RATINGS", a power ratings system for pro-football for PC's, 1990;

## LEGAL CONSULTING

Testified as expert witness in statistics over twenty times in federal, state, and superior Court; A partial list of clients includes the Equal Employment Opportunity, The California State Department of Fair Employment and Housing, the Federal Public Defender's Office, Office of Civil Rights, Littler Mendelson Fastiff Tichy Mathiason, Morrison & Foerster, the Alameda County Public Defender's Office, the City Attorney's Office of Oakland, Legal Aid Society of Alameda County, San Francisco Neighborhood Legal Assistance, Public Advocates, Equal Rights Advocates, the Employment Law Center, Center for Law in the Public Interest, California Teachers Association, International Brotherhood of Electrical Workers, California State Employees Association,  Mexican American Legal Defense and Educational Fund, and the NAACP Legal Defense Fund, the law firm of Saperstein, Goldstein, Demchak and Baller, the law firm of Sprenger and Lang, the law firm of Rudy, Excelrod and Zieff; the law firm of Righetti Glugoski, the Wynne Law Firm; the law firm of Lieff, Cabraser, Heimann and Bernstein, the law firm of Sanford, Wittels & Heisler; and The Impact Fund.

## OTHER CONSULTING

Retained by JAMS (ADR) to perform statistical analysis of rejection rates among adjudicators for claims submitted in a class action settlement, May 2012.

Retained as court appointed statistical expert in Consolidated Class Actions v. Sunshine Communications, Case No. GIC 780641, Superior Court of California, San Diego County, 2003.

Retained by the California State Department of Fair Employment and Housing to analyze employment data for Lawrence Livermore Laboratory, 2001;

Retained by Office of Civil Rights, Department of Education, to analyze law school admission and criteria for several University of California Law Schools, 1997-8;

Calculation of probabilities of various card game outcomes for Casino San Pablo, 1996-7;

Custom programming to produce summaries of personnel data for California hospital associations, 1996-7;

Analysis of phone quality data for J Walter Thompson advertising agency, 1990;

Sample design and review of drug testing program for IBEW, 1990;

Sample design and analysis of data for BART study of commuter patterns, 1989;

Development of market research multiple regression software package for Gazette Press, Inc., 1987

Analysis of employment patterns among Operating Engineers, Local 3, for the Affirmative Action Trust Fund, appointed by defendants and plaintiffs, 1986-87;

Analysis of 1970 and 1980 census data regarding changes in occupational status of women, Institute for the Study of Social Change, U.C., Berkeley, July, 1984;

Analysis of University Admissions data at U.C., Berkeley, for Student Affirmative Action Advisory Committee, September, 1982;

Analysis of employment patterns and opinion survey data for the U.S. Forest Service, in preparation of an affirmative action plan, 1981-82;

Analysis of housing sales in the Fruitvale and West Oakland areas of Oakland for Oakland Community Organization, 1980-81;

Statistical consultant on survey of Mexican Immigration patterns, 1980-81;

Statistical analysis of Law School Admissions data for Mexican American Legal Defense and Education Fund, 1980;

Develop statistical analysis of California Loan Registry Data for Legal Aid Society of Alameda County, Legal Aid Society of Los Angeles, California Rural Legal Assistance, San Francisco neighborhood Legal Assistance, and Public Advocates, 1978-81;

INVITED LECTURES & SEMINARS

Presented lecture on statistical methods used in discrimination cases to Department of Fair Employment and Housing attorneys, October 17, 2018

Panelist at Lawyers Coordinating Committee AFL-CIO Southern California Regional Conference, Statistical Sampling in Wage and Hour Cases, October 30, 2007

Panelist at American Conference Institute's 5th National Forum on "Wage Hour Litigation", October 4, 2007

Panelist at California Employment Lawyers Association Conference, May 11, 2007, "Using Expert Testimony"

Panelist at ABA Labor & Employment Law Conference, March 29, 2001, breakout session on the "Use of Statistical Evidence in Employment Discrimination Litigation"

Presented seminar on statistical methods and expert witness testimony in Title VII cases at Hastings School of Law, February, 1997, March, 1998, and February, 1999;

Appeared on cable TV interview show to discuss statistical analysis in employement discrimination litigation, Calif. State University, Hayward, CA, November 10, 1995;

Presented lecture on computers, databases, and statistical proof in large class action lawsuits, at the "Litigating Civil and Statuory Class Actions" conference, Hastings College of Law, April 30, 1994;

Presented a seminar on statistical methods in age discrimination cases for Practicing Law Institute, February 13, 1987;

Presented seminar on statistical methods at Golden Gate University Law School, February, 1983;

Presented one day seminar for attorneys and staff of the State Department of Fair Employment and Housing, on statistical methods, February 5, 1982;

Presented a talk to the American Statistical Association meeting, February, 1982, on statistical methods used in Title VII cases;

Presented talks at the MALDEF-EEOC conferences on discrimination and the Law, San Francisco, June, 1978, and Los Angeles, October, 1978;

**DECLARATIONS and TESTIMONY**
**since 1990**
Dr. Richard Drogin
as of February 15, 2020

CHAVEZ V. SMURFIT KAPPA ORANGE COUNTY LLC, Superior Court of the State of California, for the County of Los Angeles, Case No. BC702936, declaration January 2020.

LORENZ V. PLASTIPAK PACKAGING, INC., Superior Court of the State of California, for the County of San Bernardino, Case No. XIVDS 17044746 declaration October 2019.

CRUZ V. GELSON'S MARKETS, Superior Court of the State of California, for the County of Los Angeles, Case No. BC670061, declaration August 2019.

LOCKHART V. COLUMBIA SPORTSWEAR COMPANY, Superior Court of the State of California, for the County of Riverside, Case No. RIC JCCP 4930, declaration August 2019, deposition September 2019.

ANNIE REDDISH V. WESTAMERICA BANK, Superior Court of the State of California, for the County of Alameda, Case No. RG15757606, declaration May 2019.

TURNER V. CORINTHIAN INTERNATIONAL PARKING SERVICES, INC., Superior Court of the State of California, for the County of Santa Clara, Case No. JCCP-4886, declaration July 2019

EVYANNE PHELPS V. STEVEN MADDEN RETAIL, INC., Superior Court of the State of California, for the County of Sacramento, Case No.: 34-2015-00175330, declaration February 2019, deposition March 2019.

EDUARDO CHAVEZ V. SMURFIT KAPPA ORANGE COUNTY LLC,  Superior Court of the State of California, for the County of Los Angeles, Case No.: BC702936, declaration and deposition February 2019.

TRACY HALL V. KS WORLD, INC., Superior Court of the State of California, for the County of Los Angeles, Case No.: BC615746, declaration January 2019.

ROSALINDA ZUNIGA V. ALEXANDRIA CARE CENTER, Superior Court of the State of California, for the County of Los Angeles, Case No.: BC529776, declarations September, November, and December 2018, deposition November 2019, and trial testimony November and December 2018.

ROSA SALCEDO V. DYNAMIC NURSING SERVICES, INC., Superior Court of the State of California, for the County of Los Angeles, Case No.: BC488516, declaration November 2018.

CROWDER V. BLUE CROSS OF CALIFORNIA, Superior Court of the State of California, County of Los Angeles, Case No. BC477451, declaration April 2018, deposition May 2018.

BEATY V. UNION BANK, Superior Court of the State of California, for the County of Los Angeles, Case No.: BC596544, declaration March 2018, deposition April 2018.

PANIAGUA V. BRODER BROS., CO., Superior Court of the State of California, for the County of Fresno, Case No. 15CECG03707, declaration March 2018.

TURNER, et al. V. LORETTA LYNCH, ATTORNEY GENERAL U.S. DEPARTMENT OF JUSTICE, EEOC Case No. 541-2016-00016X, AJ: Hon. Nancy Weeks, declaration February 2018, deposition March 2018.

SCOTT V. AIRPORT MANAGEMENT SERVICES, Superior Court of the State of California, for the County of Los Angeles, Case No.: BC593927, declaration March 2018.

OWENS V. SAVINGS BANK OF MENDOCINO COUNTY, Superior Court of the State of California for the County of Alameda, Case No. RG16810364,  declaration January 2018, deposition April 2018.

ULLOA V. NORM'S RESTAURANTS, Superior Court of the State of California, for the County of Los Angeles – Central District, Case No.: BC49965, declaration February 2018, deposition May 2018.

TELLEZ V. RICH VOSS TRUCKING, Superior Court of the State of California, County of Santa Clara, Case No. 1-12-CV-227103, declaration January 2018. deposition January 2018.

NEGRETE V. CONAGRA FOODS, United District Court, Central District of California, Case No. 2:16-CV-631-FMO-AJW, declaration January, February, May, and July 2018, deposition March 2018.

DAVIS V. SUPERIOR MED SURGICAL, Superior Court of the State of California, County of San Bernardino, Case No. CIV DS1505744, declarations January 2018, and January 2019, deposition August 2019.

VASQUEZ V. WARREN DISTRIBUTING, Superior Court of the State of California, County of Los Angeles, Case No. BC595046, declaration November 2017.

ESPINOSA V. BODYCOTE THERMAL PROCESSING, Superior Court of the State of California, County of Los Angeles, Case No. BC501617, declaration September 2017.

RICHARDSON V. INTERSTATE HOTELS AND RESORTS, United States District Court, Northern District of California, Case No. 16-cv-06772-WHA, declaration September and November 2017.

LOCKHART V. COLUIMBIA SPORTSWEAR COMPANY, Superior Court of the State of California, County of Riverside, Case No. RIC 1507504, declaration August 2017, deposition November 2017.

VILLALTA V. LEONARDO'S RESTAURANT INC., Superior Court of State of California, County of Los Angeles – Central District, Case No. BC542133. declarations July 2017 and September 2019.

ABDULLAQQ V. URBAN OUTFITTERS, Superior Court of the State of California, County of Alameda, Case No. RG18380477, declaration June 2017.

SOTO V. ENVISION FOODS, Superior Court of the State of California, County of Riverside, Case No. RIC1507560, declarations June 2017 and January 2019, deposition September 2017.

DELGADO V. L AND R AUTO PARKS, Superior Court of the State of California, County Los Angeles, Case No. BC548126, declaration March 2017.

BOYINGTON V. PERCHERON FIELD SERVICES, United States District Court for the Western District of Pennsylvania, Civil Action No. 3:14-cv-00090, declaration March 2017, deposition July 2017.

TELLEZ V. RICH VOSS TRUCKING, Superior Court of the State of California, County of Santa Clara, Case No. 1-12-CV-227103, declaration January 2017, and December 2017.

DUNBAR V. HORIZON, Superior Court of the State of California, In and for the County of Alameda, Central Division, Case No. RG13691776, declaration December 2016.

VILLEGAS V. SIX FLAGS ENTERTAINMENT, Superior Court of the State of California, For the County of Los Angeles, Case No. BC505344, declarations October and December 2016, and September 2017.

JEANDEBIEN V. CERTIFIED TIRE AND SERVICE CETNERS, Superior Court of the State of California, San Diego County, Case No. 37-2013-00038110-CU-OE-CTL, declaration October 2016.

URBANO V. SMG, United States District Court, Central District of California, Case No. 5:15-cv00603-AG-MRW, declaration September 2016.

LOPEZ V. DELTA AIR LINES, United States District Court, Central District of California, Case No. 2:15-cv-07302-SVW (SS), declarations May 2016, August 2016.

VILLALTA V. LEONARDO'S RESTAURANT INC., Superior Court of the State of California for the County of Los Angeles – Central District, Case No BC542133, declaration September 2016, July 2017, September 2019, November 2019, and December 2019.

VIERRA and WOODRUFF V. TIMEC COMPANY, United States District Court, Northern District of California – San Francisco Division, Case No. 4:14-cv-04105 EMC, declaration May 2016.

MATA V. MANPOWER INC., United States District Court, Northern District of California – San Jose Division, Case No. 14-CV-03787-LHK, declaration March 2016.

CHANN V. SOUTHERN CALIFORNAI GAS COMPANY, Superior Court of the State of California, County of Los Angeles – Central District, Case No. BC522049, declaration March 2015.

ALLAGAS V. BP SOLAR INTERNATIONAL, INC., United States District Court, Northern District of California, Case No. 3:14-cv-00560-SI, declaration November 2015, deposition December 2015.

DAVIS V. ST. JUDE HOSPITAL, Superior Court of the State of California for the County of Orange, Case No. 30-2012-00602596-CU-OE-CXC, declaration October 2015.

SHINOHUI V. CEC ENTERTAINMENT, INC., Superior Court of California, County of Riverside, Historic Courthouse (Main Streed), Case No. MCC 1401546, declaration October 2015.

WILLIAMS V. ALLSTATE INSURANCE COMPANY, Superior Court of The State of California, County of Los Angeles – Central District – Central Civil West, Case No. BC382577, declarations October and November 2015.

MADUAGWU V. UHS OF DELAWARE, INC., Superior Court of California, County of Los Angeles, Case No. BC521378, declaration September 2015.

SANCHEZ V. MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., Superior Court of the State of California, County of Los Angeles – Central Civil West, Case No. BC499888, declaration August 2015, deposition October 2015.

KARAPETIAN V. AMERICAN MEDICAL RESPONSE INC., Superior Court of the State of California, County of Los Angeles, Caes No. BC405195, declaration July 2015.

TAFOLLA V. AMERICAN HONDA MOTOR COMPANY, INC., Superior Court of the State of California, County of Los Angeles, Central District, Case No. BC 514857, declaration January 2015, deposition July 2015.

OCHOA V. MCDONALD'S CORPORATION, United States District Court, Northern District of California – San Francisco, Case No. 3:14-cv-02098-JD, declaration April 2015.

CURLEY V. SAVE MART SUPERMARKETS, Superior Court of California, County of Alameda, Case No. RG-13-685740, declarations January and October 2015.

WILSON V. ROCK-TENN COMPANY, Superior Court of California, County of Los Angeles, Case No. BC488456, declarations July 2014 and February 2015.

ISABEL EDMISTON V. LOMA LINDA UNIVERSITY MEDICAL CENTER, Superior Court of California, County of Riverside, Case No. MCC 1300610, declaration November 2014, deposition January 2015.

LOVE V. WAL-MART STORES, INC., United States District Court, Southern District of Florida, Case No. 0:12-cv-61959-RNS, declaration and deposition February 2015.

DENISE MAYS V. CHILDREN'S HOSPITAL LOS ANGELES, Superior Court of California, County of Los Angeles, Case No. BC477830, declarations November 2014 and March 2015, deposition January 2015.

MARTIN ARNAUDOV V. CALIFORNIA DELTA MECHANICAL, United States District Court for the Northern District of California, San Francisco Division, Case No. CV 13-2306 NC, declaration December 2104.

BALJINDER RAI, V. SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, United States District Court for the Northern District of California, Case No. CV-04344-PSG, declarations November 2014, October 2015.

JOSHUA KROLL V. REGUS MANAGEMENT GROUP, Case No. BC 498401, Superior Court of California, County of Los Angeles, declaration November 2014

PEABODY V. ORANGE COUNTY TRANSPORTATION, United States District Court, Central District of California, Orange, Case No. SACV 13-01226 JLS (ANx), declarations June and November 2014.

SALGADO V. THE DAILY BREEZE, Superior Court of California, County of Los Angeles, Case No. BC458074, declaration August 2014.

EDWARDS V. KB HOME, Case No. 3:11-ef-00240, United States District Court, Southern District of Texas, Galveston Division, declarations August and September 2014.

LYNCH V. REGUS MANAGEMENT, Case No. RG1366950, Superior Court of California, County of Alameda, declarations August 2014 and February 2015, deposition September 2014.

RON MODARAEI V. ACTION PROPERTY MANAGEMENT, Case No. BC495179, Superior Court of California, County of Los Angeles, declaration August 2014.

ESPINOZA V. EAST WEST BANK, Case No. BC502166, Superior Court of California, County of Los Angeles, declaration June 2014.

CENTERPLATE V. UNITE HERE, LOCAL 2, Case No. 13-cv-2318-YGR, United States District Court, Northern District of California, San Francisco Division, declaration and deposition, February 2014.

AIRTOUCH CELLULAR WAGE AND HOUR CASES, Judicial Council Coordination Proceeding (JCCP) No. 4693, Superior Court of California, County of Los Angeles, declarations January and June 2014.

STITT V. THE SAN FRANCISCO MUNICIPAL TRANSPORTATION COMPANY, Case No. C-12-03704-YGR, United States District Court, Northern District of California, Declarations December 2013, May 2016, July 2016, August 2016.

LOU V. MA LABORATORIES, Case No. 3:12-cv-05409-WHA (NC), United States District Court, Northern District of California, declarations August and October 2013.

JONES V. CANON BUSINESS SOLUTIONS, Case No. 2:12-CV-07195-JAK-JEM, United States District Court, Central District of California, declaration July 2013.

ICARD V. ECOLAB, Case No. CGC-09-495344, Superior Court of the State of California, County of San Francisco, declarations April and May 2013.

PAPARELLA V. JP MORGAN CHASE, Case No. 30-2010-00370146, Superior Court of California, Orange County, declarations February and July 2013, deposition March 2013.

LADORE V. ECOLAB, Case No. CV 11-9386 FMO (FMOx), United States District Court, Central District of California, declaration January 2013.

MCCARTHY V. VALERO, Case No. 1100059728, JAMS San Francisco, declaration December 2012.

GOMEZ V. PIZZA HUT OF SOUTHEAST KANSAS, Case No., CIVVS 900679, Superior Court of the State of California for the County of San Bernardino, deposition October 2012.

YOUNG V. WADDELL & REED, Case No. 09 CV 02909 DMS (WVG), U.S. District Court, Southern District of California, declaration July 2012, deposition July 2012.

FRALEY V. FACEBOOK, Case No. 11-CV-01726 (PSG), U.S. District Court, Northern District of California, San Jose Division, declaration March 2012, deposition April 2012.

RIEVE V. COVENTRY HEALTH CARE, Case No. SACV 11-1032 DOC (MLGx), declaration February 2012, deposition May 2012.

PYTELEWSKI V. COSTCO WHOLESALE CORPORATION, Case No. 09-CV-2473(BLM), U.S. District Court, Southern District of California, declaration February 2012, deposition

BICKLEY V. SCHNEIDER NATIONAL CARRIERS, Case No. 3:08-cv-05806-JSW (NMC), U.S. District Court, Northern District of California, declarations November 2011, January 2012, February 2012.

WILLIAMS V. H&R BLOCK FINANCIAL ADVISERS, Case No. RG08366506, Superior Court of California, County of Alameda, declarations December 2011, January 2012.

LUQUE V. AT&T CORP., PACIFIC BELL TELEPHONE CO., Case No. 3:09CV5885, U.S. District Court, Northern District of California, declaration December 2011.

ARTIS v. JOHN DEERE, Case No. C-10-05289 WHA, U.S. District Court, Northern District, California, declaration November 2011.

DRISCOLL v. GRANITEROCK COMPANY Superior Court California, County of Santa Clara, Case No.: 1-08-CV-103426, deposition and trial testimony July 2011.

UPSON v. SUR LA TABLE INC., Case BC424012, Superior Court California, County of Los Angeles, declaration February 2011, deposition March 2011.

WALKER v. USPS, EEOC Case No. 320-A2-8390X, Agency Case No. 4E-800-0240-02, declaration January 2011, deposition February 2011, trial testimony January 2012.

CORDOVA v. COMERICA BANK, Case No. 2:09-cv-08905-MMM (PLAx), United States District Court, Central District of California, declaration, December 20, 2010.

LEIGHTON v, ALDO, U.S. INC., Case No. BC386379, Superior Court of California, County of Los Angeles, declaration December 13, 2010.

STOETZL v. STATE OF CALIFORNIA, DEPT OF CORRECTIONS, Case No. CGC-08-474096, Superior Court of California, County of San Francisco, declarations July and September 2010.

BURAKOFF v. US BANCORP, Case No. BC341430, Superior Court in the State of California, County of Los Angeles, (Central District) declarations August and September 2010.

BEHAEIN v. PIZZA HUT, Case No. BC384563, Superior Court in the State of California, County of Los Angeles, (Central Civil West) declaration August 2010.

SHARON PERKINS v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY, Case No. 3:07CV967 (JCH), United States District Court, District of Connecticut, declaration April, October, December 2010.

ROSEN V. BMO NESBITT BURNS, Case No. CV-10-396685, Ontario Superior Court of Justice, Canada, declarations June 2010, January 2011, March 2012.

TRAN v. PROTIVITI CORP., Case No. BC351862, Superior Corut in the State of California, County of Los Angeles, declarations January and February 2010.

MARTINEZ v. JOE'S CRAB SHACK, Case No. BC 377269, Superior Court of California, County of Los Angeles, Central District, declaration January 2010.

KASTANOS v. CENTRAL CONCRETE SUPPLY CO., Case No. HG07-319366 County of Alameda, Superior Court of the State of California, declarations November 2009 and January 2010.

KRONING v. MR. CHOW ENTERPRISES, Case No. BC390641, County of Los Angeles, Superior Court of the State of California, declaration December 2009.

CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION v. ARNOLD SCHWARZENEGGER, in his capacity as Governor of the State of California, Case No. RG-09-441544, County of Alameda, Superior Court of the State of California, declaration November 2009.

GARNER v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Case No. CV 08 1365 CW (EMC), United States District Court, Northern District of Calfiornia, declarations August and September 2009.

PFIZENMEIER v. CITIFINANCIAL MANAGEMENT CORPORATION, Case No. 37-2008-00084289-CU-OE-CTL, Superior Court of the State of California, County San Diego, declaration, September 2009 and February 2010.

HERNANDEZ v. ANNA'S LINENS, Case No. GIC 840481, County of Orange, Superior Court of the State of California, declaration, declaration June 2009, May 2010, deposition January 2011.

RODRIGUEZ v. GATE CITY BEVERAGE DISTRIBUTORS, Case No. SCVSS142242 consolidated with Case No. SCVSS 147748, Superior Court of the State of California, County of San Bernardino, Western; declaration, June 2009.

RANDALL v. ROLLS ROYCE CORPORATION, Cause No.: 1:06-CV-0860-SEB-JPG, United States District Court, Southern District of Indiana, Indianapolis Division, declarations April, May 2009.

ROSA v. MORRISON HOMES INC., Stanislaus County Superior Court, State of California, Case No. 373059, declaration, February 2009.

TANKSLEY et. al. v. NORTHWEST AIRLINES, INC. and AIR LINE PILOTS INTERNATIONAL, Civil File No. 07-4803 (JNE/JJG), United States District Court, District of Minnesota, declaration December 2008.

FONG v. HOOP RETAIL STORES, LLC dba THE DISNEY STORE, County of Los Angeles, Superior Court of the State of California, declarations, Case No. BC 355121, declarations October and December 2008, March 2009.

PIPER v. RGIS, Case No. 3:06-cv-05778 JCS, Case No. 3:07-cv-00032 JCS, United States District Court, Northern District of California, declarations 2008

SYVERSON v. IBM, Case No. C 03 04529 RMW, United States District Court, Northern District of Calfiornia, San Jose Division, declaration July and September 2008

PUCHALSKI v. TACO BELL CORP., Case No. GIC 870429, Superior Court in the State of California, County of San Diego, declarations July 2008, July 2009, and September 2010, November 2011, depositions April 2009 and April 2012, trial testimony April 2012.

MCCRACKEN v. CANADIAN NATIONAL RAILWAY COMPANY, Court File No. 08-CV-351183 CP, Ontario Superior Court of Justice, affidavit July 2008, March 2009.

FULAWKA v. BANK OF NOVA SCOTIA, Court File No. 07-CV-345166CP, Ontario Superior Court of Justice, affidavits June 2008, January 2009.

HOLLOWAY v. BEST BUY, Case No. C-05-5056, PJH (MEJ) U.S. District Court, Northern District, California, various declarations and deposition, 2008.

CHOU V. STARBUCKS CORPORATION, Case No. GIC 836925, County of San Diego, Superior Court of the State of California, declarations, November 16, 2007, and February 28, 2008, deposition March 2008, trial testimony March 12, 2008.

DARA FRESCO V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. 07-CV-334112CP, Ontario Superior Court of Justice, affidavits November 2007, July 2008, deposition October 2008.

BROWN V. CANADIAN IMPERIAL BANK OF COMMERCE, Court File No. CV-08-365119CP, Ontario Superior Court of Justice, affidavits April 2010, January 2011, May 2011, deposition October 2011.

JANTZ V. SSA, EEOC No. 531-2006-00276X, Agency No. HQ-06-2518-SSA, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, BALTIMORE DISTRICT OFFICE. Declaration, November 2007.

CICAIROS V. SUMMIT LOGISTIC INC. AND BLUEFORD V. SAFEWAY INC., Case No. CV014837, County of San Joaquin – Stockton Branch of the State of California; declarations, October 1, 2007, April 2012.

PAUL VELIZ V. CINTAS CORPORATION, Case No 03-01180 (SBA), United States District Court, Northern District of Calfiornia, (Oakland Division), declaration September 2007 and March 2009, deposition March 2009.

CLAUSNITZER V. FEDERAL EXPRESS CORP., Civil Action No. 06-21457-CIV-Altonage/Turnoff, United States District Court Southern District of Florida, Miami Division; declaration September 14, 2007

WARD V. ALBERTSON, Case No. BC237646, County of Los Angeles, Superior Court of the State of California, declaration, May 2007

DURAN V. US.BANK NATIONAL ASSOCIATE,Case No. 2001-035537, County of Alameda, Superior Court of the State of California, declaration, deposition, June 2006, April 2007

HOHNBAUM V. BRINKER RESTAURANT CORPORATION, Case No. GIC 834348, San Diego, Superior Court, State of California, declaration May 2006;

ROCHER et al. V. SAV-ON DRUG STORES, INC., Case No. BC 227720, Los Angeles Superior Court, State of California, declaration, March 2006;

FOSTER v. FEDERAL EXPRESS, No. BC 282300, Los Angeles County Superior Court, State of California; declaration, February 2006

Coordinating Proceeding Special Title (Rule) 1550(b)-Shake Roof Cases; Judicial Council Coordination Proceeding No. 4208, Superior Court of the State of California, Contra Costa County; report, deposition and trial 2005.

ELLIS V. COSTCO WHOLESALE CORPORATION, Case No.  C-04-3341 MHP, U.S. District Court, Northern District, California, declaration, May 2005, May 2006, November 2006.

Coordinating Proceeding Special Title (Rule) 1550(b)-Staples Overtime Cases;

Case No.:4235, lead Case No. 816121, Superior Court of the State of California, County of Orange; deposition April 2005.

SATCHELL V. FEDERAL EXPRESS, C 03-2659 SI; C 03-2878 SI, U.S. District Court, Northern District, California, various declarations and deposition, 2004.

PARRA V. BASHAS' INC., Case No. CIV 02 0591 PHX RCB, U.S. District Court, District of Arizona, declaration and deposition, July 2004.

ERVIN V. RATELLE, Case N. BS 215587, Superior Court of The State of California, County of San Diego; deposition, January 2004.

SYLVESTER MCCLAIN v. LUFKIN INDUSTRIES, INC., Case No. 9:97-CV-063, U.S. District Court, Eastern District of Texas, report, deposition, trial 2003; declaration March 2009.

GARRETT CUTLER v. WAL-MART STORES, No., CA-02-10206, Circuit Court for Prince George County, Maryland, declaration and deposition, 2003.

CRYSTAL SALVAS v. WAL-MART STORES, No. 01-3645, Middlesex, Superior Court Department, Commonwealth of Massachusetts, declaration and deposition, 2003

RICHISON v. AMERICAN CEMWOOD, Case No. 005532, San Jouquin County Superior Court, State of California; declarations, deposition, 2002-3.

DUKES v. WAL-MART, INC., C-01-2252 MJJ, , U.S. District Court, Northern District, California, various declarations and deposition, 2003.

SALGADU v. MABUBANI, et. al, No, CV01-04360 FMC, Central District of California, declaration 2002, deposition January, 2003.

MITCHELL, et. al. v.METROPOLITAN LIFE INSURANCE CO., 01 Civ.2112 (WHP) declaration December 2002 and deposition January, 2003.

SAVAGLIO V. WAL-MART STORES, CASE NO. 835687-7 Superior Court of The State of California, County of Alameda; declaration and deposition, December 2002.

STONE V. FIRST UNION CORP., NO. 94-6932-CIV-GOLD, U.S. District Court, Southern District of Florida, Miami Division, declaration, 2002, deposition 2005.

BELL V. FARMERS INSURANCE, NO.774013-0, Alameda County Superior Court, State of California; declarations, deposition,1999-2001, trial testimony 2001; Appeal decision 115 Cal.App.4th 715 (2004)

YBARRA et al V. CALIFORNIA REDI-DATE COMPANY, No. CV 00-7043/7044 U.S. District Court, Northern District, California, declaration and deposition, 2001;

AGUARDO et al. V. PIZZA HUT, San Francisco County Superior Court, State of California, Case No. 994947; declaration February 2001;

BROOKS V. FIRST UNION, Superior Court of New Jersey, Middlesex Country, No. L-2401-99; declarations February 2001 and 2002, deposition 2005;

SINGLETON V. REGENTS OF THE UNIVERSITY OF CALIFORNIA, No. 807233-1, Alameda County Superior Court, State of California; declarations and deposition 2000-2;

BECKMANN V. WCCO et. al., File No. 3-96 Civ. 1172, declaration and deposition, 1999;

CHARLES V. SECRETARY OF NAVY, C 91-2153 MHP, declaration, 1998;

JARVAISE V. RAND Corp, NO 1:96CV02680 (HHG); declaration and deposition, 1998;

TURNER V. TOROTEL, INC., No. 96-0646-CV-W-5, declaration and deposition, 1998;

BUTLER v. HOME DEPOT U.S.A., INC., No. C 95-2182 SI,  U.S. District Court, Northern District, California, various declaration and deposition, 1997;

CANADY V. ALLSTATE INSURANCE COMPANY, ET AL., NO. 96-0174-CV-W-2, U.S. District Court, Western District of Missouri, Western Division; declaration 1997;

BYRD v. SPRINT CORPORATION, ET AL., No. CV92-18979, Circuit Court of Jackson County, Missouri at Kansas City; declaration 1996;

SHORES v. PUBLIX SUPER MARKETS, INC., No. 95-1162-CIV-T-25E, U.S. District Court, Middle District of Florida, Tampa Division; declarations submitted for class certification, 1995; presentation to mediator in settlement talks 1996;

PLUMMER v. DON COTE, ALAMEDA COUNTY, C-94-0838 EFL,  Superior Court, Alameda County, California; declaration submitted, February, 1996;

JONES v. FORD MOTOR COMPANY, No. 95-MD-1044, 95-71123, 3-93-370, Eastern District of Michigan, Southern Division; declarations submitted for class certification, deposition, 1995-1996, 1998;

APPLETON, v. DELOITTE & TOUCHE, No. 3-95-0483 (Middle District of Tennessee); declaration submitted for class certification, deposition, 1995, 1996;

FRANK V. UNITED AIRLINES, INC., N.D. Cal. Case No C92 0692 CAL declarations and deposition, 1995-96;

ROBERT ADAMS, JR. v. PINOLE POINT STEEL COMPANY, NO. C-92-1962 MHP, U.S. District Court, Northern District, California;  declaration submitted for class certification, deposition 1993, 1994, 1995;

SONDRA W. HYMAN v. FIRST UNION CORPORATON, Civil No. 94-1043 (EGS), U.S. District Court, District of Columbia; various declarations, 1994, 1995, 1997;

WHITING v. HUNTER, MO. 676752-50H,  Alameda Country Superior Court, California; deposition and trial testimony, 1995, 1996;

BABBITT v. ALBERTSON'S INC., No. C92 1883 SBA (PJH), Northern District of California; declarations, 1994;

TAYLOR v. O'CHARLEY'S, No. 3:94-0489, U.S. District Court, Middle District of Tennessee; declarations, 1994;

BARBARA JEAN HERRING v. SAVE MART, No. C-90-3571 BAC, U.S. District Court, Northern District, California, December 17, 1993;

NANCY J. STENDER v. LUCKY STORES, Inc, No. C-88-1467 MHP, U.S. District Court, Northern District, California, 1991 & 1992, deposed and submitted reports for liability and damage trials;

HAYNES v. SHONEY,  No. PCA 89-30093-RV, U.S. District Court, Northern District of Florida; declaration submitted for class certification, 1991;

PINES v. STATE FARM, SA CV 89 - 631 AHS (RWRx), U.S. District Court, central District of California; declaration submitted for class certification, 1991;

SIBI SOROKA, SUE URRY, and WILLIAM D'ARCANGELO v. DAYTON HUDSON CORP., dba TARGET STORES, No. H-143579-3, Superior Court, County of Alameda, California; declaration 1990;

**DROGIN, KAKIGI & ASSOCIATES**
**Statistical Consultants**
**3104 Shattuck Avenue**
**Berkeley, CA 94705**
**(510) 540-5071**
**www.dkstat.com**

FEE SCHEDULE as of October 2016

1. Consulting, analysis, development
      Partners                                $350/hour
      Staff programmer                  $150/hour
      Data Entry and Verification      $75/hour

2. Deposition/Testimony                  $700/hour

# EXHIBIT 2

exhibit.2.ek        Fri Jun 26 13:00:25 2020              1

```
        EXHIBIT 2
   ========================
    Data Files Received


1. Timekeeping Records
     includes 200207.in/cvs_3476-3519.fixed

  PROCESSED: cvs_3401-3519.fixed
   INPUT(S): BATES RANGE: 3401-3519
            CVS 3401 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).csv
            ...
            CVS 3519 (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).csv

2. Payroll Records

  PROCESSED: CSV_Putative_Class_Pay_Data.fixed
   INPUT(S): CVS 3373 - Putative Class Pay Data.csv

3. Classlist

  PROCESSED: 2020-01-24_HYA-C_class_list.fixed
   INPUT(S): 2020.01.24 HYA-C Class List.xlsx

4. Classlist

  PROCESSED: updated_class_list_inc_arb_opt_outs.fixed
   INPUT(S): CVS 3399 - Updated Class List Including Arb Opt Outs (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).xlsx

5. Store Locations

  PROCESSED: locations.fixed
   INPUT(S): CVS Location List-converted.xlsx

6. Store Locations
     matched county zips from US census data

  PROCESSED: locations.1
   INPUT(S): CVS Location List-converted.xlsx
            https://simplemaps.com/data/us-zips

7. Store Locations
```

**exhibit.2.ek**       **Fri Jun 26 13:00:25 2020        2**

```
   PROCESSED: ca_open_retail.fixed
   INPUT(S): 2020.03.13 HYA-C CVS Location List.xlsx

 8. Time Edits

   PROCESSED: ted_4118-4146.fixed
   INPUT(S): 2020.03.13 Doc Production (004118-004146) Time Edit Data, Confidential.zip

 9. Meal Waivers
     combines 4 pages

   PROCESSED: waivers_004199.fixed
   INPUT(S): 2020.03.13 Doc Production (004199)/2020.03.13 Putative Class Meal Waivers 2014 - 2016.xlsx

10. Training List

   PROCESSED: training_list.fixed
   INPUT(S): CVS 004202 - Arbitration Training List (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).xlsx

11. Schedule Data

   PROCESSED: 4217-4283.fixed
   INPUT(S): BATES RANGE: 004217 - 004283
            CVS 004217 - Putative Class Work Schedule Data (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).xlsx
            ...
            CVS 004283 - Putative Class Work Schedule Data (CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER).xlsx

12. Pay Stubs
     stubs for Hyams

   PROCESSED: pay_stubs.fixed
   INPUT(S): Pay Stubs Ryan J Hyams (Provided by Ryan 06.26.18).pdf

13. Pharmacy Jobcodes

   PROCESSED: pharmacy_jobcodes.fixed
   INPUT(S): 2020.05.18 HYA-C List of Pharmacy Employee Job Codes.xls

14. Job Code Definitions,complete list

   PROCESSED: cvs_001382.fixed
   INPUT(S): CVS 001382.xlsx

15. Jobcodes  for Mgrs
```

**exhibit.2.ek**        **Fri Jun 26 13:00:25 2020         3**

       PROCESSED: jobcodes_mgrs.fixed
        INPUT(S): 2020.06.19 HYA-C Job Codes for Managers who open and close.xlsx

16. Jobcodes, Jobs that  sell drugs

       PROCESSED: jobcodes_drugs.fixed
        INPUT(S): 2020.06.19 HYA-C Job Codes for Selling Drugs at Retail.xlsx