NOTE CHANGES MADE BY THE COURT

1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11 | SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,

12

Plaintiff,

13

14 | vs.

CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 through 100, inclusive,

15

16

17

18

Defendants.

19

CASE NO.: 2:16-cv-8979-AB-AGR

*Related Case No.: 2:20-cv-02401-AB-AGR*

*Assigned to Hon. André Birotte Jr.*

[CLASS ACTION]

**ORDER GRANTING AMENDED STIPULATION TO CONSOLIDATE THE RELATED ACTIONS OF *CHALIAN V. CVS* AND *CABRERA V. CVS***

20

21

22

23

24

25

26

27

28

---

1    The Court has considered the Amended Joint Stipulation to Consolidate the

2  Related Actions of *Chalian v. CVS* and *Cabrera v. CVS*, and finds good cause

3  exists to consolidate the following two cases pursuant to Fed. R. Civ. P. 42(a)(2):

4    *Sevag Chalian v. CVS Pharmacy, Inc., et al.*, Case No. 2:16-cv-08979-AB-

5  AGR; and

6    *Sigfredo Cabrera, et al. v. CVS Pharmacy, Inc., et al.*, Case No. 2:20-

7  cv-02401-AB-AGR.

8    *Chalian*, 16-cv-08979-AB-AGR, shall be designated as the lead action. The

9  Court **ORDERS** that all further documents and proceedings must occur under

10  *Chalian*, Case No. 2:16-cv-08979-AB-AGR, and that *Cabrera*, Case No. 2:20-

11  cv-02401-AB-AGR is administratively **CLOSED**.

12    Plaintiffs are **ORDERED** to file their Proposed Second Amended

13  Consolidated Complaint **within 3 days of the issuance of this order.**

14

15

16    **IT IS SO ORDERED.**

17

18

19    DATED:  July 1, 2020

20    The Honorable André Birotte Jr.
     Judge of the United States District Court for
21    the Central District of California

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO CONSOLIDATE THE
RELATED ACTIONS OF *CHALIAN V. CVS* AND *CABRERA V. CVS*