BETH A. GUNN, CA Bar No. 218889
beth@gunncoble.com
CATHERINE J. COBLE, CA Bar No. 223461
cathy@gunncoble.com
GUNN COBLE LLP
101 S. 1st Street, Suite 407
Burbank, CA 91502
Telephone:  818.900.0695
Facsimile:   818.900.0723

Attorneys for Plaintiffs-Intervenors
RYAN HYAMS and REGINE DUHON,
on behalf of themselves, and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>              Plaintiffs,<br><br>         *v.*<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>              Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br>Assigned to Hon. Andre Birotte Jr.<br>*Related Case No.:2:20-cv-02401-AB-AGR*<br><br>**PROPOSED INTERVENORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:      July 24, 2020<br>TIME:      10:00 a.m.<br>PLACE:   Courtroom 7B<br>               350 West First Street,<br>               Los Angeles, California<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

Pursuant to Federal Rule of Evidence 201, Proposed Plaintiffs-Intervenors Ryan Hyams and Regine Duhon ("Intervenors") hereby request that the Court take judicial notice of the following in support of their Opposition to Plaintiff's Motion for Preliminary Approval of Class Action Settlement:

1

(1)   ECF No. 84, Motion for Partial Summary Judgment in *Hyams v. CVS Health Corporation, et al.*, Case No. 4:18-cv-06278-HSG, filed on July 23, 2020 in the Northern District of California, attached hereto as Exhibit 1.

Intervenors request that the Court take judicial notice of the fact that the above document was filed on July 23, 2020 and is set for hearing in the Northern District of California on September 3, 2020.  This request does not seek judicial notice of the facts set forth in the Motion or its accompanying documents, but is limited to noticing the existence of the document, which bears on the potential resolution of the issues to be decided in this Court in relation to Intervenors' Motion to Intervene and Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

The grounds for seeking judicial notice satisfy the criteria set forth in Federal Rule of Evidence 201(b)(2), to establish facts not subject to reasonable disputes, as the fact that the referenced document was filed and has a scheduled hearing date "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Specifically, the Northern District of California's ECF filing web site is a source whose accuracy cannot reasonably be questioned.  A court "may take judicial notice of matters of public record, including duly recorded documents, and court records available to the public through the Pacer system via the internet."  *Peviani v. Hostess Brands, Inc.*, 750 F. Supp. 2d 1111, 1116 (C.D. Cal. 2010) (citations and quotations omitted).

DATED:  July 23, 2020

GUNN COBLE LLP

By:  /s/ Beth Gunn
Beth A. Gunn
Catherine J. Coble

Attorneys for Plaintiffs-Intervenors
RYAN HYAMS and REGINE DUHON,
on behalf of themselves, and all others
similarly situated

2