UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08979-AB (AGRx) | Date: | July 24, 2020 |
| Title: | Sevag Chalian v. CVS Pharmacy, Inc et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Armand Raffi Kizirian
Michael S Morrison
R Craig Clark

Attorney(s) Present for Defendant(s):

James N Boudreau
Christiana Signs

Attorney(s) Present for Movant(s):
Beth Gunn
Jennifer Zargarof

**Proceedings:** 1) PROPOSED INTERVENORS' MOTION TO INTERVENE [75]; and
2) PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [89] (Telephonic)

Also present are Dana Barbeau and Kimberly Klimbczuk, in-house counsel for CVS.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.