1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public, | CASE NO.: 2:16-cv-8979-AB-AGR |
| | *Related Case No.: 2:20-cv-02401-AB-AGR* |
| Plaintiff, vs. | *Assigned to Hon. André Birotte Jr.* |
| CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 through 100, inclusive, | [CLASS ACTION] **ORDER APPROVING REVISED CLASS NOTICE** |
| Defendants. | |

[~~PROPOSED~~] ORDER APPROVING REVISED CLASS NOTICE

1 | The Court, having considered the Parties' Joint Stipulation Regarding Revised Class Notice and the Notice of Class Action Settlement and Release of Claims attached thereto (Dkt. No. 133), finds that the Notice of Class Action Settlement and Release of Claims fully advises Class Members of the proposed Settlement, exclusion timing and procedures, dispute resolution, and of the Final Approval Hearing. The document fairly and adequately advises Class Members of the terms of the proposed Settlement and the benefits available to Class Members thereunder, as well as their right to exclude themselves from the Class and procedures for doing so, and of the Final Approval Hearing and the right of Class Members to file documentation in objection and to appear in connection with said hearing; the Court further finds the Notice clearly comports with all constitutional requirements, including those of due process;

ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES THE PROPOSED NOTICE OF PROPOSED CLASS ACTION SETTLEMENT.

IT IS SO ORDERED.

DATED: September  8 , 2020

_____
The Honorable André Birotte Jr.
Judge of the United States District Court for the Central District of California