There is a danger a proposed settlement of a recent class action of employment/wage claims against CVS may release your claims but not be in your best interest. To learn more about the situation, go to https://cvsemploymentclassaction.com/Secure/Default.aspx?id=6574ED96-C3AA-499B-9323-336C22145903

Text