# CVS CLASS ACTION EMPLOYMENT LAWSUIT

## ** *IMPORTANT UPDATE* **

There is another class action case that was filed against CVS that potentially impacts this proposed class action, including your status as a potential class member. That case is called *Chalian v. CVS Pharmacy, Inc.* You probably received a notice in the mail about it. A settlement in a class action must be approved by the court before it can be finalized, and the plaintiffs and CVS in the *Chalian/Cabrera* case have asked the court to approve their proposed settlement – which would include releasing claims that were taken from our case and inserted into their case at the last minute so that CVS will not have to deal with us or our case. If the court approves the *Chalian/Cabrera* settlement, we believe that CVS will argue that the settlement resolves or eliminates most, or maybe all, of your claims in this case. **We strongly disagree with that proposed settlement and its terms.** After all of the work that we have done in this case, we do not think it is a fair or adequate settlement, and we have been trying to do better for the class members, including you, and the state of California.

If you would like to learn more about what our problems with the *Chalian/Cabrera* proposed settlement are, please review our **Frequently Asked Questions here** .

> If you would like to opt out of that other proposed settlement, we will collect and mail your opt-out forms, as long as you ***fill them out through this web site by November 5, 2020***. If you want to opt out, please do not delay. **Please CLICK HERE to electronically fill out an opt-out form.**

## WHAT IS THE HYAMS LAWSUIT ABOUT?

The lawsuit alleges several claims against CVS for California Labor Code violations, including:

Requiring employees "who sell at retail drugs and medicines" to work beyond the legal limits *(more than: 9 hours in a day, 108 hours in two weeks, or 12 days in any two consecutive weeks)*

Not reimbursing employees who used their personal cell phones for work

Not permitting legally-compliant rest breaks or meal breaks

Not paying for "off-the-clock" work

Not providing one day's rest in seven

Not paying wages at the properly calculated regular rate of pay

Not reimbursing employees for travel expenses for work

Not providing accurate and complete wage statements

Not providing required notice of paid sick time available

Not paying employees' wages on time

The lawsuit seeks damages on behalf of employees who worked for CVS at any time since August 21, 2014, including penalties for all of the failures to comply with California's Labor Code. It also alleges that CVS engaged in unfair competition by violating the California Labor Code in this way for profit while its competitors were following the law as required. For a full copy of the current complaint at issue in the lawsuit, click here.

## WHY WAS I CONTACTED?

You were contacted because CVS provided a list of all potential class members to the attorneys handling the case. Class members were defined as California employees, who fall into various subclasses based on potential California Labor Code violations. If the lawsuit is certified as a class action, the attorneys in this case will represent all of the people in the class or subclasses that are certified. They want to hear from you if you have experienced any of the same issues that the individuals who filed the case have experienced. If you are considered a class member, you could receive monetary recovery as a result of the lawsuit.

## WHO ARE THE ATTORNEYS?

The attorneys are the law firm of Gunn Coble LLP, as well as other staff who are working on this case. Their website is here: www.gunncoble.com

## WHO FILED THE LAWSUIT?

Two former employees who worked in San Francisco, Ryan Hyams and Regine Duhon, are the plaintiffs in the lawsuit.

## HOW CAN I PROVIDE INFORMATION OR GET MORE INFORMATION?

If you want more information, or if you want to provide information, please click here to fill out a form for someone to contact you: Contact Form: or call (833) 200-7772.

## WHAT IF I HAVE A FRIEND WHO WASN'T CONTACTED?

You can give your friend the website link above and have them fill out a contact form. If your friend worked for CVS during the time frame of August 21, 2014 to the present, they may be a class member

---

*Questions? Call Toll-Free: (833) 200-7772*

# CONTACT FORM
## THIS SECTION MUST BE COMPLETED

*Fields marked with an asterisk (\*) are required.*

**\*First Name:**

**\*Last Name:**

**Telephone Number :**

**(numbers only, i.e. 9995551234)**

**Email Address:**

**Best Time To Reach Me :**

| Week Days | Please Select | | Week Ends | Please Select |

**Dates I worked for CVS:**

| Start | | End |

**Questions ?**

## DOES **CVS** CARE ABOUT *YOUR* BETTER HEALTH?

CVS claims to put its customers "on the path to better health."

We believe that, by violating California's Labor Code in important ways, CVS has sacrificed the health and well-being of its employees, putting at risk the health of the general public.

By placing profits above people, squeezing its employees to work more than what the Labor Code allows – and providing less than what the Labor Code requires – we also believe that CVS competes unfairly in the marketplace.

This lawsuit seeks to hold CVS accountable for its illegal actions, and to provide you with monetary recovery as a victim of CVS' illegal behavior.