**CVS Class Action Employment Lawsuit** - **Return Home**

# OPT OUT FORM

## United States District Court, Central District of California

*Sevag Chalian, et al. v. CVS Pharmacy, Inc., et al., Case No. 2:16-cv-08979 (C.D. Cal.)*

*Sigfredo Cabrera, et al. v. CVS Pharmacy, Inc., et al., Case No.2:20-cv-02401 (C.D. Cal.)*

**I want to opt out/exclude myself from the Class Action listed above.**

Please complete and/or correct the contact information below if it is incorrect.

*Fields marked with an asterisk (*) are required.*

**\*First Name**

**\*Last Name**

**\*Address:**

**Address 2:**

**\*City:**

**\* State:**

CALIFORNIA

**\* Zip:**

**\* Telephone:**

*(numbers only)*

**Alternate Telephone :**

*(numbers only, i.e. 9995551234)*

**\*Social Security Number**

**(last four digits only):**

☐ I understand that by opting out of this proposed class action settlement, I will <u>not</u> be eligible to receive any money that may result from any trial or settlement of this lawsuit, if there is one. I do not wish to receive compensation under the terms of any judgment or settlement or to otherwise participate in this class action.

**\*Signature:**

Clear                                    Sign above

**\*Dated:**

By typing my full name in the signature box above or by entering my signature using technology that captures it electronically, and clicking SUBMIT, I agree that it constitutes my electronic signature in lieu of a handwritten signature, and consent to its use.