**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br>Plaintiffs,<br>*v.*<br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br>Assigned to Hon. Andre Birotte Jr.<br>*Related Case No.:2:20-cv-02401-AB-AGR*<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PROPOSED INTERVENORS' EX PARTE APPLICATION FOR CLARIFICATION AS TO EFFECT OF TEMPORARY RESTRAINING ORDER ON INDIVIDUALS REPRESENTED BY THEIR COUNSEL**<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

The Court has considered the Proposed Intervenors Ryan Hyams and Regine Duhon ("Proposed Intervenors") and their counsel's ("Counsel") *Ex Parte* Application for Clarification as to Effect of Temporary Restraining Order (Dkt. No. 173), and the Oppositions thereto (Dkt. Nos. 175, 176).

The Court hereby GRANTS the *ex parte* application as follows:

The Temporary Restraining Order ("TRO") issued in this matter (Dkt. No. 166) is hereby clarified as to lift restrictions on, and enable Counsel to engage in, attorney-client communications with parties they represent, including:

__X__ The Proposed Intervenors and the 4 Individuals with whom Counsel has signed retainer agreements; and

__X__ The 83 Individuals whom Counsel interviewed during the process of obtaining declarations as part of the *Hyams* class action;

____ ~~Individuals who contacted Counsel through a contact form on the cvsemploymentclassaction.com web site, entering information in the section regarding providing information about the Hyams class action.~~

It is further ordered that the deadline for individuals falling into one of the categories listed above to file objections and/or opt-outs to the proposed settlement in this action is extended until November 13, 2020.

**IT IS SO ORDERED.**

DATED: November 06, 2020

By: ______________________________
The Honorable Andre Birotte Jr.
United States Magistrate Judge