James N. Boudreau (SBN PA 77891)
Christiana L. Signs (SBN PA 317851)
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103
Telephone: 215.988.7800
Facsimile: 215.988.7801
boudreauj@gtlaw.com
signsc@gtlaw.com

Tyler R. Andrews (SBN CA 250686)
**GREENBERG TRAURIG, LLP**
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
andrewst@gtlaw.com

Attorneys for Defendants CVS PHARMACY, INC., CVS RX SERVICES, INC., and GARFIELD BEACH CVS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br>*Related Case No.: 2:20-cv-02401-AB-AGR*<br><br>Assigned to Hon. Andre Birotte Jr.<br><br>**DECLARATION OF CHRISTIANA L. SIGNS IN SUPPORT OF DEFENDANTS' RESPONSES TO RULE 23 CLASS AND PAGA SETTLEMENT OBJECTIONS**<br><br>Complaint Filed: July 20, 2016<br>Action Removed: December 5, 2016 |

# DECLARATION OF CHRISTIANA L. SIGNS

I, Christiana L. Signs, declare and state:

1. I am a shareholder with the law firm Greenberg Traurig, LLP, counsel of record for Defendants CVS Pharmacy, Inc., CVS Rx Services, Inc., and Garfield Beach CVS, LLC (collectively, "CVS"). I am admitted *pro hac vice* to represent CVS in this matter. ECF 28. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Defendants' Responses to Rule 23 Class and PAGA Settlement Objections.

2. In connection with preparing Defendants' Responses to Rule 23 Class and PAGA Settlement Objections, I reviewed Greenberg Traurig's files on the *Chalian* and *Cabrera* actions.

3. Between the two actions, Greenberg Traurig, on CVS's behalf, prepared and served responses to three separate sets of requests for production and three separate sets of interrogatories.

4. In connection with the *Cabrera* and *Chalian* actions, Greenberg Traurig (on CVS's behalf) produced named plaintiffs' employment histories, personnel files, pay records, arbitration agreements, training transcripts, and time records.

5. Greenberg Traurig also produced policies and company documents on CVS's behalf, including but not limited to: employee orientation and ongoing training policies; remote required training management guides and operational rollout documentation; separation pay policies; timekeeping and payroll practices policies; employee handbooks; reimbursement and travel and expense policies; meal and rest break policies; a paid sick leave policy and posted paid sick leave notice; and guidelines for operations during absence of pharmacists on meal or rest breaks.

6. In addition, Greenberg Traurig produced putative class data on CVS's behalf. This includes employment history data, LearnNet data, Siteminder data, time punch data, and payroll data for the Pharmacist Settlement Class and employment history data,

1
DECLARATION OF CHRISTIAN L. SIGNS IN SUPPORT OF DEFENDANTS' RESPONSES TO OBJECTIONS

arbitration data, a sampling of scheduling data, and pay data for the Retail Pharmacy Settlement Class.

7. My review of the files also confirmed that, on July 10, 2018, counsel for the Plaintiffs in the *Cabrera* action (then pending at Case 17-cv-05803-WHA in the Northern District of California) sent Greenberg Traurig a proposed Third Amended Complaint for CVS's review and consideration.

8. The proposed Third Amended Complaint counsel sent was redlined to show the changes the *Cabrera* plaintiffs proposed. A copy of the email transmitting the redlined proposed Third Amended Complaint is attached as **Exhibit 1**. A copy of the redlined proposed Third Amended Complaint itself is attached as **Exhibit 2**.

9. Counsel for the *Cabrera* plaintiffs also included in their July 10, 2018 email correspondence a copy of the second amended Private Attorneys General Act ("PAGA") letter they had submitted to the California Labor and Workforce Development Agency ("LWDA"). A copy of the second amended PAGA letter is attached as **Exhibit 3**.

10. Separately, on behalf of May Eldanaf, counsel for the *Chalian* plaintiffs submitted a PAGA letter to the LWDA dated March 7, 2019. A copy of the March 7, 2019 PAGA letter is attached as **Exhibit 4**.

11. The parties, through their respective counsel and with the help of neutral mediator, ultimately negotiated a global settlement. This Court preliminarily approved the settlement on August 5, 2020.

12. On November 19, 2020, I received an email from the Settlement Administrator appointed by the Court (*see* ECF 164) stating the Administrator would be filing an objection from Tina Lee pursuant to the parties' settlement agreement. A copy of Ms. Lee's objection (provided by the Settlement Administrator) is attached as **Exhibit 5**.

13. On November 19, 2020, I received an email from the Settlement Administrator stating the Administrator would be filing an objection from Parvin Ghassemian pursuant to the parties' settlement agreement. A copy of Ms. Ghassemian's objection (provided by the Settlement Administrator) is attached as **Exhibit 6**.

14. On November 19, 2020, I received an email from the Settlement Administrator stating the Administrator would be filing objections from Trent Andrews, Victoria Cosio, Elizabeth Garcia, and Cynthia Cardenas pursuant to the parties' settlement agreement. Counsel for these individuals also filed their objections directly on the docket in the above-captioned case at ECF Nos. 185, 187, and 198.

15. On November 23, 2020, I received an email from the Settlement Administrator stating that Elizabeth Garcia also submitted a valid opt out request.

16. On November 24, 2020, I received an email from the Settlement Administrator stating that Victoria Cosio's objection is postmarked November 13, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 25th day of November, 2020 at Philadelphia, Pennsylvania.

*/s/ Christiana L. Signs*
Christiana L. Signs