| | |
|---|---|
| 1 | Michael H. Boyamian, SBN 256107 |
| | Armand R. Kizirian, SBN 293992 |
| 2 | **BOYAMIAN LAW, INC.** |
| | 550 N. Brand Blvd., Suite 1500 |
| 3 | Glendale, CA 91203 |
| | Telephone:  (818) 547-5300 |
| 4 | Facsimile:   (818) 547-5678 |
| | E-mail: michael@boyamianlaw.com |
| 5 |           armand@boyamianlaw.com |
| 6 | Michael S. Morrison, SBN 205320 |
| | **ALEXANDER MORRISON + FEHR LLP** |
| 7 | 1900 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067 |
| 8 | Telephone:  (310) 394-0888 |
| | Facsimile:   (310) 394-0811 |
| 9 | E-mail: mmorrison@amfllp.com |
| 10 | Attorneys for Plaintiffs SEVAG CHALIAN, |
| | SIGFREDO CABRERA, ENKO TELAHUN, |
| 11 | CHRISTINE MCNEELY, PATRICK BRENNAN, |
| | and the Settlement Class |
| 12 | |
| | (*Additional Counsel Listed on Following Page*) |
| 13 | |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public, | Case No.: 2:16-cv-08979-AB-AGR |
| | *Related Case No.: 2:20-cv-02401-AB-AGR* |
| Plaintiffs, | *Assigned to Hon. Andre Birotte Jr.* |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE OBJECTIONS OF PARVIN GHASSEMIAN TO THE PROPOSED CLASS ACTION SETTLEMENT** |
| CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive, | |
| Defendants. | [*Filed Concurrently with Plaintiffs' Response to Objections of Parvin Ghassemian to the Proposed Class Action Settlement*] |
| | Date:       December 4, 2020 |
| | Time:       10:00 a.m. |
| | Location:  Courtroom 7B |
| | Complaint Filed: July 20, 2016 |
| | Action Removed: December 5, 2016 |

R. Craig Clark (SBN 129219)
cclark@clarklawyers.com
Alicja A. Urtnowski (SBN 321215)
aurtnowski@clarklawyers.com
**CLARK LAW GROUP**
3258 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 239-1321
Facsimile:  (888) 273-4554

Thomas W. Falvey, SBN 65744
**LAW OFFICES OF THOMAS W. FALVEY**
550 N. Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone:   (818) 547-5200
Facsimile:    (818) 500-9307
E-mail: thomaswfalvey@gmail.com

Walter Haines, SBN 071075
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-4554

Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, PATRICK BRENNAN, and the Settlement Class

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO GHASSEMIAN OBJECTIONS TO THE PROPOSED CLASS ACTION SETTLEMENT

**TO THE COURT, DEFENDANT, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Sevag Chalian, Sigfredo Cabrera, Enko Telahun, Christine McNeely, and Patrick Brennan ("Plaintiffs"), by and through their attorneys of record, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201(b) of the following in support of their Response to the Objection of Parvin Ghassemian:

1. Attached as Exhibit "1" to the Declaration of Armand R. Kizirian is a true and correct copy of Plaintiff's Motion for Preliminary Approval of Class Action and PAGA Settlement dated February 2, 2018 in *Foscue v. Ken Garff Automotive Group, et al.* (Los Angeles Sup. Ct. Case No. BC648132).

2. Attached as Exhibit "2" to the Declaration of Armand R. Kizirian is a true and correct copy of the Court's Order Denying Preliminary Approval of Class Action and PAGA Settlement dated July 3, 2018 in *Foscue v. Ken Garff Automotive Group, et al.* (Los Angeles Sup. Ct. Case No. BC648132).

3. Attached as Exhibit "3" to the Declaration of Armand R. Kizirian is a true and correct copy of the Request for Dismissal of Class Action dated September 25, 2018 in *Foscue v. Ken Garff Automotive Group, et al.* (Los Angeles Sup. Ct. Case No. BC648132).

4. Attached as Exhibit "4" to the Declaration of Armand R. Kizirian is a true and correct copy of Plaintiff Jeffrey Winters' Notice of Motion and Unopposed Motion for Award of Reasonable Attorneys' Fees and Costs dated August 17, 2011 in *Jeffrey Winters v. Base Productions, Inc.*, LASC Case No. BC410650.

Rule 201(b)(2) of the Federal Rules of Evidence states: "The court may judicially notice a fact that is not subject to reasonable dispute because it - can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Further, Rule 201(c)(2) of the Federal Rules of Evidence states: "The court - must take judicial notice if a party requests it and the court is supplied

with the necessary information."

Dated: November 25, 2020

BOYAMIAN LAW, INC.
ALEXANDER MORRISON + FEHR LLP
LAW OFFICES OF THOMAS W. FALVEY
CLARK LAW GROUP
UNITED EMPLOYEES LAW GROUP

By: /s/ Armand R. Kizirian
Armand R. Kizirian
Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUN, CHRISTINE MCNEELY, PATRICK BRENNAN, and the Settlement Class