Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
**BOYAMIAN LAW, INC.**
550 N. Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone: (818) 547-5300
Facsimile:  (818) 547-5678
E-mail: Michael@boyamianlaw.com
         Armond@boyamianlaw.com

Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUNM,
CHRISTINE MCNEELY, PATRIC BRENNAN,
and the Putative Class

James N. Boudreau (SBN PA 77891)
Christiana L. Signs (SBN PA 317851)
**GREENBERG TRAURIG, LLP**
2700 Two Commerce Square, 2001 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.988.7800
Facsimile: 215.988.7801
boudreauj@gtlaw.com
signsc@gtlaw.com

Attorneys for Defendants CVS PHARMACY, INC.,CVS RX SERVICES, INC., AND
GARFIELD BEACH CVS, LLC

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br><br>*Related Case No.: 2-20-cv-02401-AB-AGR*<br><br>*Assigned to Hon. Andres Birotte Jr.*<br><br>SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION |

## DECLARATION OF MARY BUTLER

I, MARY BUTLER, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1.    I am employed as a Case Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action.  My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626.  My telephone number is (714) 640-5643.  I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2.    Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California.  It was founded by individuals who have each managed hundreds of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3.    Simpluris is providing updated information in supplement to the November 4, 2020 Supplemental Declaration of Mary Butler Regarding Notice and Settlement Administration.

4.    As of November 20, 2020, Simpluris has received 144 requests for exclusion from the Settlement. Of the 144 requests for exclusions, 137 are valid, 3 are late submissions, and 4 are deficient for missing signature.

5.    Of the 137 valid requests for exclusions that were submitted, 63 were submitted by Jennifer Kramer Legal. The names of the Class Members are:

| | |
|---|---|
| Lamise | Elsayed |
| Kelly | Matsuura |
| Lisa | Helgerson |
| Heng | Hsu |
| Anne | Cabrera |
| Meredieth | Dorado |
| Beshoy | Gerges |
| Johni | Ballout |
| Elizabeth | Gardner |
| Michelle | Masshar |
| Alani | Tong |
| Deborah | Haycox |
| Kristina | Bailey |
| Maribel | Hernandez |
| Amir | Zand |
| Pontea | Shabkhiz |
| Mariam | Rafiqi |
| Peter | Linse |
| Jazmine | Hinojos |

| | |
|---|---|
| Linda | Cheng |
| Linda | Huot |
| Lieu | Pham |
| Victoria | Adewole |
| Leonardo Alexander | Sanchez Espinoza |
| Dalanna | Turner |
| Tabitha | Valdivia |
| Myhuong | Ho |
| Neil | Patel |
| Regina | Hernandez |
| Diana | Herrera |
| Oscar | Suarez Ayala |
| Vanessa | Toscano |
| Travis | Schimmer |
| Hoang | Nguyen |
| Elizabeth | Garcia |
| Lisa | Ruh |
| Robert | Engmark |
| Jessy | Maciel |
| Bao | Nguyen |
| Cynthia | Ochs |
| Debborah | Mashian |
| Judy Wan Ho | Lau |
| Ashley | Simpson |
| Jennifer | Glassman |
| Alexis | Tran |
| Eric | Brimer |
| Elisa | Pimentel |
| Christina | Snively |
| Aisha | Waller |
| Sai | Xiong |
| Regine Angela | Duhon |
| Lara | Lipskey |
| Elda | Perez |
| Francine | Bastida |
| Ryan | Hyams |
| Daisy | Mcgarr |
| Katie | Jeko |
| Tran | Singh |
| Adam | Arzadon |
| Jose | Tirado |
| Hanna | El Chemmas |
| Brian | Austin |
| Edden | Aivazi |

One (1) valid request for exclusion was submitted by Cunningham & Sherman LLP. The name of the Class Member is Silvia Petrosyan.

**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

One (1) valid request for exclusion was submitted by Goldberg & Gage Law Offices. The name of the Class Member is Masoumeh Esfandiari.

Fifty-two (52) valid requests for exclusion was submitted by Whitehead Employment Law. The names of the Class Members are:

| | |
|---|---|
| Carmen | Blanco |
| Celia | Carlton |
| Robert | Wilson |
| Daniel | Setiawan |
| Abel | Cachola |
| Mahran | Izoli |
| Stephanie | Han |
| Amaris | Lane |
| Debbie | Schultz |
| Jessica | Xe |
| Steven | Chalker |
| Felicia | Ivy |
| Samantha | Andrews |
| Jay | Surati |
| Candice | Gamez |
| Kyrollos | Mekail |
| Isabel | Alexander |
| Roxanna | Gonzalez |
| Harleen | Khaira |
| Philip | Kitchen |
| Deisy | Campbell |
| Maisha | Cherry |
| Jose | Delgado |
| Joanna | Hernandez |
| Brianna | Bertrand |
| Marlcos | Abayhon |
| Elisha | Pennington |
| Devonna | Gilmore |
| Kazim | Cevik |
| Tiffany | Samouha |
| Margee Mae | Dela Cruz |
| Kaitlyn | Holdren |
| Consuelo | Estrada- Rodriguez |
| Dayna | Bowles |
| Jeanny | Keota |
| Mary | Fatouh Albana |
| Hardeep | Dhillon |
| Lyna | Le |
| Maikel | Nagib |
| Michelle | Dias |
| Patricia | Moore |
| David | Stillman |

**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

| | |
|---|---|
| Pauline | Mikhail |
| Shaina | Larmore |
| Shivjot | Pabla |
| Marisol | Baez |
| Mitchell | Woothen |
| Nikkolae | Jacinto |
| Diane | Kim |
| Randall | Radtke |
| Melanie | Jipp |
| Aryan | Rabbani |

One (1) valid request for exclusion was submitted by Levin & Nalbendyan. The name of the Class Member is Azaria Shahbazian.

One (1) valid request for exclusion was submitted by Mayall Hurley. The name of the Class Member is Jaweed Assar.

Four (4) valid requests for exclusions were submitted by Ray Gallo. The names of the Class Members are:

| | |
|---|---|
| Behnam | Amir-Behboudi |
| Nora | Meincke |
| Trent | Nelson |
| Sarah | Pollard |

One (1) valid request for exclusion was submitted by Scott D. Gattey. The name of the Class Member is Brittany Francisco.

The remaining 13 valid requests for exclusion were submitted by the Class Member on their own behalf. The names of the Class Members are:

| | |
|---|---|
| Amaar | Taha |
| Mehrnaz | Hakimi |
| Robyn | Corry |
| Heather | Cano |
| Randall | Gibbs |
| Tatiana | Hartz |
| Betty | Nabizadeh |
| Myoungja | Kim |
| Diane | Gailey |
| Nikkie | Nguyen |
| Shirin | Moghtanei |
| Steve | Quan |
| Tiffany | King |

6.      Of the 3 late requests for exclusion submissions, 2 of those were submitted by Jennifer Kramer Legal. The names of the Class Members are:

| | |
|---|---|
| Michael | Schmidt |

**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

| | |
|---|---|
| Mehrnaz | Akhavan |

The one (1) remaining late request for exclusion was submitted by the Class Member on their own behalf. The name of the Class Member is Jasmine Hashemieh-Estes.

7.     The 4 requests for exclusions that are deficient for missing signature were submitted by Jennifer Kramer Legal. The names of the Class Members are:

| | |
|---|---|
| Daisy | Tavares |
| Refujio | Santana |
| Yousef | Trabouly |
| Navneet | Kaur |

8.     As of November 20, 2020, Simpluris has received 4 objections. Of those, 1 is a late submission.

Two (2) objections were submitted by Jennifer Kramer Legal. One (1) objection is valid. The name of the Class Member is Trent Andrews. One (1) objection is a late submission. The name of the Class Member is Victoria Casio.

One (1) valid objection was submitted by Henning Ruiz & Simgh P.C. The name of the Class Member is Parvin Ghassemian.

One (1) valid objection was submitted by the Class Member on their own behalf. The name of the Class Member is Tina Lee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30 day of November, 2020, at Frisco, TX.

_Mary C Butler_

Mary Butler

**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

## CERTIFICATE OF SERVICE

I, Michael Morrison, an employee in the City of Los Angeles, certify that on November 30, 2020, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**SUPPLEMENTAL DECLARATION OF MARY BUTLER
REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

***[SEE SERVICE LIST]***

November 30, 2020                    ALEXANDER MORRISON + FEHR LLP

                    By:    s/ Michael Morrison
                           MICHAEL MORRISON
                           1900 Avenue of the Stars, Suite 900
                           Los Angeles, CA 90067
                           Attorneys for Plaintiff, Sevag Chalian

**[SERVICE LIST]**

| | |
|---|---|
| Counsel for Defendant:<br>Tyler R. Andrews, Esq.<br>Roger L. Scott, Esq.<br>Christina Signs, Esq.<br>James N. Boudreau, Esq.<br>**GREENBERG TRAURIG, LLP**<br>3161 Michelson Drive, Suite 1000<br>Irvine, California 92162<br>T:     949 732 6500<br>F:     949 732 6501<br>E:     andrewst@gtlaw.com<br>E:     scottro@gtlaw.com<br>E:     signsc@gtlaw.com<br>E:     boudreauj@gtlaw.com | *Counsel for Defendant:*<br>R. Craig Clark, Esq.<br>Alicja A. Urtnowski<br>**The Clark Law Group**<br>3258 Fourth Avenue<br>San Diego, California 92103<br>T:     619.239.1321<br>F:     888.273.4554<br>E:     cclark@clarklawyers.com<br>E:     aurtnowski@clarklawyers.com<br>E:     mrodriguez@clarklawyers.com |
| *Counsel for Plaintiffs-Intervenors:*<br>Jennifer Kramer<br>Ashley H. Cruz, Esq.<br>Barbara Du-Van-Clarke, Esq.<br>**Jennifer Kramer Legal, APC**<br>5015 Eagle Rock Blvd., Suite 202<br>Los Angeles, California 90041<br>T:     213.955.0200<br>F:     213.226.4358<br>E:     jennifer@laborlex.com<br>E:     ashleyhcruz@laborlex.com<br>E:     barbara@laborlex.com | *Counsel for Plaintiffs-Intervenors:*<br>Michael H. Boyamian, Esq.<br>Armand R. Kizirian, Esq.<br>**BOYAMIAN LAW, INC.**<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>T:     818.547.52300<br>F:     818.547.5678<br>E:     michael@boyamianlaw.com<br>E:     armand@boyamianlaw.com |
| *Counsel for Plaintiffs-Intervenors:*<br>Beth A. Gunn, Esq.<br>Catherine J. Coble, Esq.<br>**GUNN COBLE LLP**<br>303 North Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>T:     818.900.0695<br>F:     818.900.0723<br>E:     beth@gunncoble.com<br>E:     cathy@gunncoble.com | *Co-Counsel for Plaintiff:*<br>Elizabeth Gill, Esq.<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm St.<br>San Francisco, CA 94111<br>T:     (415) 621-2493<br>F:     (415) 225-8437<br>E:     egill@aclunc.org |
| *Co-Counsel for Plaintiff:*<br>Thomas W. Falvey, Esq.<br>**Law Offices of Thomas W. Falvey**<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>T:     818.547.5200<br>F:     818.500.9307<br>E:     thomaswfalvey@gmail.com | *Co-Counsel for Plaintiff:*<br>R. Craig Clark, Esq.<br>**CLARK LAW GROUP**<br>3258 Fourth Avenue<br>San Diego, California 92103<br>T:     619.239.1321<br>F:     888.273.4554<br>E:     cclark@clarklawyers.com |