...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: | CV 16-08979-AB (AGRx) |
| Date: | December 4, 2020 |
| Title: | Sevag Chalian v. CVS Pharmacy, Inc et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Armand Raffi Kizirian
Michael Hagop Boyamian
Michael S Morrison
Alicja Urtnowski
R Craig Clark

Attorney(s) Present for Defendant(s):

James N Boudreau
Christiana Signs
Douglas Hart
Kimberly Klimczuk

Attorney(s) Present for Objectors:

Beth A Gunn
Catherine Jean Coble
Jennifer Kramer
Rob Hennig
Allison Ehlert

**Proceedings:** 1) MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, SETTLEMENT ADMINISTRATION EXPENSES, AND CLASS REPRESENTATIVE ENHANCEMENT AWARDS [160];
2) PLAINTIFFS' MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT [180]
(Video Conference-Zoom)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.