Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
**BOYAMIAN LAW, INC.**
550 N. Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone: (818) 547-5300
Facsimile:  (818) 547-5678
E-mail: Michael@boyamianlaw.com
           Armond@boyamianlaw.com

Attorneys for Plaintiffs SEVAG CHALIAN, SIGFREDO CABRERA, ENKO TELAHUNM, CHRISTINE MCNEELY, PATRIC BRENNAN, and the Putative Class

James N. Boudreau (SBN PA 77891)
Christiana L. Signs (SBN PA 317851)
**GREENBERG TRAURIG, LLP**
2700 Two Commerce Square, 2001 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.988.7800
Facsimile: 215.988.7801
boudreauj@gtlaw.com
signsc@gtlaw.com

Attorneys for Defendants CVS PHARMACY, INC.,CVS RX SERVICES, INC., AND GARFIELD BEACH CVS, LLC

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAG CHALIAN, an Individual, Individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS RX SERVICES, INC., a New York corporation; GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 thru 100, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08979-AB-AGR<br><br>*Related Case No.: 2-20-cv-02401-AB-AGR*<br><br>*Assigned to Hon. Andres Birotte Jr.*<br><br>SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION |

# DECLARATION OF MARY BUTLER

I, MARY BUTLER, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1. I am employed as a Case Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5643. I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California. It was founded by individuals who have each managed hundreds of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3. Simpluris is providing updated information in supplement to the November 30, 2020 Supplemental Declaration of Mary Butler Regarding Notice and Settlement Administration.

4. As of December 14, 2020, Simpluris has received four (4) objections. Two (2) Class Members submitted objections before the November 6, 2020 deadline. Their names are:

Tina Lee-submitted on her own behalf

Parvin Ghassemain-submitted through their attorneys Henning Ruiz & Singh PC

Two (2) Class Members submitted objections postmarked after the November 6, 2020 deadline. Both were postmarked November 13, 2020, through their attorneys Gunn Coble, LLP. Their names are:

Victoria Cosio

Trent Andrews

Victoria Casio was mailed a corrective notice pursuant to the Court's Order, ECF 196. Trent Andrews was not mailed a corrective notice pursuant to the Court's Order, ECF 196.

5. As of December 14, 2020, Simpluris has received one hundred fifty-seven (157) requests for exclusion from the Settlement.

6. Of the one hundred fifty-seven (157) requests for exclusions, one hundred nineteen (119) submitted valid requests for exclusions postmarked on or before the November 6, 2020 deadline.

7. In total, one hundred six (106) of the one hundred nineteen (119) Class Members who submitted a valid request for exclusion postmarked on or before the November 6, 2020 deadline did so through an attorney. The number of valid requests for exclusions submitted by each attorney on or before the November 6, 2020 deadline are:

Cunningham & Sherman LLP submitted one (1) of these requests for exclusion.

Gunn Coble LLP submitted forty-six (46) of these requests for exclusion.

Levi & Nalbandyan submitted one (1) of these requests for exclusion.

Mayall Hurley submitted one (1) of these requests for exclusion.

Ray Gallo submitted four (4) of these requests for exclusion.

Scott D. Gattey submitted one (1) of these requests for exclusion.

Whitehead Employment Law submitted fifty-two (52) of these requests for exclusion.

8. Of the one hundred fifty-seven (157) Class Members who submitted a request for exclusion, four (4) submitted requests for exclusion through attorneys Gunn Coble LLP postmarked on or before the November 6, 2020 deadline but submitted requests for exclusion that were deficient for missing required signature. Two (2) of these four (4) Class Members subsequently cured their requests for exclusion by providing signed copies on December 3, 2020 and December 8, 2020, respectively.

9. Of the one hundred fifty-seven (157) Class Members who submitted requests for exclusion, thirty-four (34) submitted requests for exclusion postmarked after November 6, 2020.

10. Of the thirty-four (34) Class Members who submitted requests for exclusion postmarked on or after November 6, 2020, one (1) was mailed a corrective notice pursuant to the Court's Order, ECF 196.

11. Of the thirty-three (33) Class Members who submitted requests for exclusion postmarked on or after November 6, 2020 and who were not mailed a corrective notice pursuant to the Court's Order, ECF 196, one (1) submitted the request for exclusion through Goldberg & Gage Law Offices; thirteen (13) submitted the requests for exclusion through Whitehead Employment Law; eighteen (18) submitted the requests for exclusion through Gunn Coble LLP; and one (1) did not submit the request for exclusion through an attorney.

12. All eighteen (18) Class Members who submitted requests for exclusion postmarked on or after November 6, 2020 through Gunn Coble LLP, and who were not mailed a corrective notice, submitted requests for exclusion postmarked November 13, 2020.

13. Of the thirteen (13) Class Members who submitted requests for exclusion postmarked on or after November 11, 2020 through Whitehead Employment Law, eleven (11) requested to opt out by way of a letter from their counsel Whitehead Employment Law that did not include signatures of the eleven (11) Class Members seeking to opt-out.

## SETTLEMENT AWARDS

14. If the settlement proceeds are distributed to only those 24,556 class members who did not submit objections or requests for exclusion (24,706 total class members less four who submitted objections less 146 who submitted requests for exclusion), and taking into account the increased settlement amount triggered by the escalation clause in the parties settlement, the *highest* settlement share to be paid is approximately $1,846.69 and the *average* settlement share to be paid is approximately $286.34.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of December, 2020, at Frisco, TX.

_____
Mary Butler

# CERTIFICATE OF SERVICE

I, Michael Morrison, an employee in the City of Los Angeles, certify that on December 14, 2020, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

*[SEE SERVICE LIST]*

December 14, 2020                ALEXANDER MORRISON + FEHR LLP

By:   s/ Michael Morrison
      MICHAEL MORRISON
      1900 Avenue of the Stars, Suite 900
      Los Angeles, CA 90067
      Attorneys for Plaintiff, Sevag Chalian

**[SERVICE LIST]**

| | |
|---|---|
| Counsel for Defendant:<br>Tyler R. Andrews, Esq.<br>Roger L. Scott, Esq.<br>Christina Signs, Esq.<br>James N. Boudreau, Esq.<br>**GREENBERG TAURIG, LLP**<br>3161 Michelson Drive, Suite 1000<br>Irvine, California 92162<br>T:  949 732 6500<br>F:  949 732 6501<br>E:  andrewst@gtlaw.com<br>E:  scottro@gtlaw.com<br>E:  signsc@gtlaw.com<br>E:  boudreauj@gtlaw.com | *Counsel for Defendant:*<br>R. Craig Clark, Esq.<br>Alicja A. Urtnowski<br>**The Clark Law Group**<br>3258 Fourth Avenue<br>San Diego, California 92103<br>T:  619.239.1321<br>F:  888.273.4554<br>E:  cclark@clarklawyers.com<br>E:  aurtnowski@clarklawyers.com<br>E:  mrodriguez@clarklawyers.com |
| *Counsel for Plaintiffs-Intervenors:*<br>Jennifer Kramer<br>Ashley H. Cruz, Esq.<br>Barbara Du-Van-Clarke, Esq.<br>**Jennifer Kramer Legal, APC**<br>5015 Eagle Rock Blvd., Suite 202<br>Los Angeles, California 90041<br>T:  213.955.0200<br>F:  213.226.4358<br>E:  jennifer@laborlex.com<br>E:  ashleyhcruz@laborlex.com<br>E:  barbara@laborlex.com | *Counsel for Plaintiffs-Intervenors:*<br>Michael H. Boyamian, Esq.<br>Armand R. Kizirian, Esq.<br>**BOYAMIAN LAW, INC.**<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>T:  818.547.52300<br>F:  818.547.5678<br>E:  michael@boyamianlaw.com<br>E:  armand@boyamianlaw.com |
| *Counsel for Plaintiffs-Intervenors:*<br>Beth A. Gunn, Esq.<br>Catherine J. Coble, Esq.<br>**GUNN COBLE LLP**<br>303 North Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>T:  818.900.0695<br>F:  818.900.0723<br>E:  beth@gunncoble.com<br>E:  cathy@gunncoble.com | *Co-Counsel for Plaintiff:*<br>Elizabeth Gill, Esq.<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm St.<br>San Francisco, CA 94111<br>T:  (415) 621-2493<br>F:  (415) 225-8437<br>E:  egill@aclunc.org |
| *Co-Counsel for Plaintiff:*<br>Thomas W. Falvey, Esq.<br>**Law Offices of Thomas W. Falvey**<br>550 N. Brand Blvd., Suite 1500<br>Glendale, California 91203<br>T:  818.547.5200<br>F:  818.500.9307<br>E:  thomaswfalvey@gmail.com | *Co-Counsel for Plaintiff:*<br>R. Craig Clark, Esq.<br>**CLARK LAW GROUP**<br>3258 Fourth Avenue<br>San Diego, California 92103<br>T:  619.239.1321<br>F:  888.273.4554<br>E:  cclark@clarklawyers.com |