UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 16-08979 AB (AGRx) | Date: | July 8, 2021 |
|---|---|---|---|

| Title: | *Sevag Chalian, et al. v. CVS Pharmacy, Inc et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Twyla Freeman | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     [In Chambers] ORDER RE: FINAL APPROVAL MOTION

In the Court-ordered Supplemental Briefing (Dkt. No. 232), the parties state that they agreed to amend the release. However, the parties have not filed anything to effectuate any such amendment. The Court **ORDERS** the parties to file their stipulated amendment and an appropriate Proposed Order.

The parties must also file a Declaration identifying the docket numbers of the Settlement Agreement and amendments thereto, along with those documents attached as exhibits to the declaration. The Court will attach these to its Order to ensure that the record is clear.

The Court **ORDERS** the parties to email to the Court a Word document listing the names of the 102 class members who they have determined to have effectively opted out. *See* Order (Dkt. No. 231), p. 4.

**The above must be done as soon as possible but no later than July 15, 2021**.    IT IS SO ORDERED.