UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08979 AB (AGRx) | Date: | July 19, 2021 |

| | |
|---|---|
| Title: | *Sevag Chalian, et al. v. CVS Pharmacy, Inc et al.* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:     [In Chambers] ORDER <u>STRIKING</u> LETTER [Dkt. No. 239] FROM ATTORNEY HENNIG ON BEHALF OF OBJECTOR GHASSEMIAN**

On December 4, 2020, the Court heard oral argument on the Motions for Final Approval and for Attorneys' Fees and Costs, and considered the extensive objections filed thereto. *See* Dkt. No. 223.

On February 18, 2021, the Court ordered the parties to file supplemental briefing addressing specific issues the Court had identified. The Court indicated that it sought clarification from the parties on issues already raised, and was not inviting additional briefing from any other persons as the record was already extensive. *See* Dkt. No. 231.

On March 19, 2021, Plaintiff filed the Court-ordered supplemental briefing. *See* Dkt. No. 231, 233.

On July 8, 2021, the Court ordered the parties to file the Second Amendment to their Settlement Agreement, and a complete copy of the Settlement Agreement

for the Court to include with its forthcoming Order. *See* Dkt. No. 237.

On July 14, 2021, Plaintiff filed the materials that the Court ordered. *See* Dkt. No. 238.

On July 15, 2021, as the Court was finalizing its Order, Objector Ghassemian filed a Letter ("Letter") addressed to the Court. *See* Dkt. No. 239.

On July 16, 2021, the Court entered its Order granting the Motions for final approval and for fees and costs, and entered a corresponding Judgment. *See* Dkt. Nos. 240, 241.

Objector Ghassemian's Letter is hereby **STRICKEN**. It purports to offer additional arguments in objection to the settlement, seemingly in response to Plaintiff's March 19 Supplemental Brief. The time to object has long since passed. Objector Ghassemian previously filed extensive objections, and the Court has addressed them in its Order. Insofar as Ghassemian contends that Plaintiff's March 19 Supplemental Brief should trigger another opportunity to respond, that argument comes far too late. Plaintiffs filed their Supplemental Brief on March 19; Ghassemian filed her Letter *almost four months later*. Although the Court stated in its order requiring supplemental briefing that it was not inviting further briefing from anyone but the parties, Ghassemian could have nevertheless sought to bring her additional objections to the Court's attention much sooner. And Plaintiff's most recent filing—the July 14 Court-ordered filing—reveals nothing that was not in the March 19 filing and that could have newly-triggered a need to respond. Instead, it appears that Ghassemian filed her Letter because it seemed likely that the Court's Order was impending.

In sum, even if the March 19 filing provided *some* new valid basis for objection (the Court does not believe it does), Ghassemian's Letter filed nearly four months later was grossly untimely. The Court has not considered it. It is **STRICKEN**.

**IT IS SO ORDERED**.