# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. District Court - Central District of CA

U.S. District Court case number: 2:16-cv-08979-AB-AGR

Date case was first filed in U.S. District Court: 12/05/2016

Date of judgment or order you are appealing: 07/16/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Parvin Ghassemian

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If Yes, what is the prior appeal case number? 21-55817

Your mailing address:

Rob Hennig, Hennig Kramer Ruiz & Singh, LLP

3600 Wilshire Blvd., Suite 1908

City: Los Angeles   State: CA   Zip Code: 91709

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Rob Hennig   **Date** 08/16/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Parvin Ghassemian

Name(s) of counsel (if any):

Rob Hennig, Ashley Cruz, Dat Phan
Hennig Kramer Ruiz & Singh, LLP

Address: 3600 Wilshire Blvd., Suite 1908, Los Angeles, CA 90010

Telephone number(s): (213) 310-8301

Email(s): rob@employmentattorneyla.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Sevag Chalian, Tamara Aleksandryan, Patrick Brennan

Name(s) of counsel (if any):

Michael S. Morrison, J. Bernard Alexander, III
Alexander Morrison & Fehr LLP

Address: 1900 Avenue of the Stars, Suite 900, Los Angeles, CA 90067

Telephone number(s): (310) 394-0888

Email(s): mmorrison@amfllp.com; balexander@amfllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                               1                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Sevag Chalian, Tamara Aleksandryan, Patrick Brennan

Name(s) of counsel (if any):

Thomas Walker Falvey
Law Office of Thomas Falvey

Address: 550 North Brand Blvd., Suite 1500, Glendale, CA 91203

Telephone number(s): (818) 547-5200

Email(s): thomaswfalvey@gmail.com

Name(s) of party/parties:

Sevag Chalian, Patrick Brennan, Sigfredo Cabrera, Enko Telahun, Christine McNeely

Name(s) of counsel (if any):

R. Craig Clark, Alicja Urtnowski
Clark Law Group

Address: 3258 Fourth Avenue, San Diego, CA 92103

Telephone number(s): (619) 239-1321

Email(s): cclark@clarklawyers.com; aurtnowski@clarklawyers.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                              2                              New 12/01/2018

# FORM 6 REPRESENTATION STATEMENT
# ADDITIONAL PARTIES & COUNSEL

| *Appellees* | *Counsel* |
|---|---|
| Sevag Chalian | Armand Raffi Kizirian<br>Kizirian Law Firm PC<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 221-2900<br>armand@kizirianlaw.com<br><br>Michael Hagop Boyamian<br>Boyamian Law Inc.<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 547-5300<br>michael@boyamianlaw.com |
| Patrick Brennan | Walter L. Haines<br>United Employees Law Group<br>5500 Bolsa Ave., Suite 201<br>Huntington Beach, CA 92649<br>(526) 256-1047<br>walter@whaines.com<br><br>Armand Raffi Kizirian<br>Kizirian Law Firm PC<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 221-2900<br>armand@kizirianlaw.com<br><br>Michael Hagop Boyamian<br>Boyamian Law Inc. |

|  |  |
|---|---|
|  | 550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 547-5300<br>michael@boyamianlaw.com |
| Sigfredo Cabrera | Walter L. Haines<br>United Employees Law Group<br>5500 Bolsa Ave., Suite 201<br>Huntington Beach, CA 92649<br>(526) 256-1047<br>walter@whaines.com<br><br>Armand Raffi Kizirian<br>Kizirian Law Firm PC<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 221-2900<br>armand@kizirianlaw.com |
| Enko Telehun | Walter L. Haines<br>United Employees Law Group<br>5500 Bolsa Ave., Suite 201<br>Huntington Beach, CA 92649<br>(526) 256-1047<br>walter@whaines.com<br><br>Armand Raffi Kizirian<br>Kizirian Law Firm PC<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 221-2900<br>armand@kizirianlaw.com |
| Christine McNeely | Walter L. Haines<br>United Employees Law Group |

|  |  |
|---|---|
|  | 5500 Bolsa Ave., Suite 201<br>Huntington Beach, CA 92649<br>(526) 256-1047<br>walter@whaines.com |
|  | Armand Raffi Kizirian<br>Kizirian Law Firm PC<br>550 North Brand Blvd.<br>Suite 1500<br>Glendale, CA 91203<br>(818) 221-2900<br>armand@kizirianlaw.com |
| CVS Pharmacy, Inc. | Christina Signs<br>Greenberg Traurig LLP<br>2001 Market St.<br>Philadelphia, PA 19103<br>(215) 988-7800<br>signsc@gtlaw.com |
|  | James N. Boudreau<br>Greenberg Traurig LLP<br>1717 Arch St., Ste. 400<br>Philadelphia, PA 19103<br>(215) 988-7833<br>boudreauj@gtlaw.com |
|  | Roger L. Scott<br>Buchalter, APC<br>18400 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612<br>(949) 760-1121<br>rscott@buchalter.com |
|  | Tyler R. Andrews<br>Greenberg Traurig LLP<br>18565 Jamboree Rd., Ste. 500 |

|  |  |
|---|---|
|  | Irvine, CA 92612<br>(949) 732-6578<br>andrewst@gtlaw.com |
| CVS RX Services, Inc. | Christina Signs<br>Greenberg Traurig LLP<br>2001 Market St.<br>Philadelphia, PA 19103<br>(215) 988-7800<br>signsc@gtlaw.com<br><br>James N. Boudreau<br>Greenberg Traurig LLP<br>1717 Arch St., Ste. 400<br>Philadelphia, PA 19103<br>(215) 988-7833<br>boudreauj@gtlaw.com<br><br>Roger L. Scott<br>Buchalter, APC<br>18400 Von Karman Ave.<br>Suite 800<br>Irvine, CA 92612<br>(949) 760-1121<br>rscott@buchalter.com<br><br>Tyler R. Andrews<br>Greenberg Traurig LLP<br>18565 Jamboree Rd., Ste. 500<br>Irvine, CA 92612<br>(949) 732-6578<br>andrewst@gtlaw.com |
| Garfield Beach CVS, LLC | Christina Signs<br>Greenberg Traurig LLP<br>2001 Market St.<br>Philadelphia, PA 19103<br>(215) 988-7800 |

signsc@gtlaw.com

James N. Boudreau
Greenberg Traurig LLP1717 Arch St., Ste. 400
Philadelphia, PA 19103
(215) 988-7833
boudreauj@gtlaw.com

Roger L. Scott
Buchalter, APC
18400 Von Karman Ave.
Suite 800
Irvine, CA 92612
(949) 760-1121
rscott@buchalter.com

Tyler R. Andrews Greenberg Traurig LLP
18565 Jamboree Rd., Ste. 500
Irvine, CA 92612
(949) 732-6578
andrewst@gtlaw.com

*Appellants in Case No. 21-55817*

| | |
|---|---|
| Ryan Hyams | Beth A. Gunn<br>Catherine J. Coble<br>Gunn Coble LLP<br>3555 Casitas Avenue<br>Los Angeles, CA 90039<br>(818) 573-6389<br>beth@gunncoble.com<br>cathy@gunncoble.com<br><br>Jennifer Kramer<br>Hennig Kramer Ruiz & Singh, LLP<br>3600 Wilshire Blvd.<br>Suite 1908<br>(213) 310-8301<br>jennifer@employmentattorneyla.com |

| | |
|---|---|
| Trent Andrews | Beth A. Gunn<br>Catherine J. Coble<br>Gunn Coble LLP<br>3555 Casitas Avenue<br>Los Angeles, CA 90039<br>(818) 573-6389<br>beth@gunncoble.com<br>cathy@gunncoble.com<br><br>Jennifer Kramer<br>Hennig Kramer Ruiz & Singh, LLP<br>3600 Wilshire Blvd.<br>Suite 1908<br>(213) 310-8301<br>jennifer@employmentattorneyla.com |
| Victoria Cosio | Beth A. Gunn<br>Catherine J. Coble<br>Gunn Coble LLP<br>3555 Casitas Avenue<br>Los Angeles, CA 90039<br>(818) 573-6389<br>beth@gunncoble.com<br>cathy@gunncoble.com<br><br>Jennifer Kramer<br>Hennig Kramer Ruiz & Singh, LLP<br>3600 Wilshire Blvd.<br>Suite 1908<br>(213) 310-8301<br>jennifer@employmentattorneyla.com |
| Elizabeth Garcia | Beth A. Gunn<br>Catherine J. Coble<br>Gunn Coble LLP<br>3555 Casitas Avenue<br>Los Angeles, CA 90039<br>(818) 573-6389<br>beth@gunncoble.com<br>cathy@gunncoble.com<br><br>Jennifer Kramer |

|  |  |
|---|---|
|  | Hennig Kramer Ruiz & Singh, LLP<br>3600 Wilshire Blvd.<br>Suite 1908<br>(213) 310-8301<br>jennifer@employmentattorneyla.com |
| Cynthia Cardenas | Beth A. Gunn<br>Catherine J. Coble<br>Gunn Coble LLP<br>3555 Casitas Avenue<br>Los Angeles, CA 90039<br>(818) 573-6389<br>beth@gunncoble.com<br>cathy@gunncoble.com<br><br>Jennifer Kramer<br>Hennig Kramer Ruiz & Singh, LLP<br>3600 Wilshire Blvd.<br>Suite 1908<br>(213) 310-8301<br>jennifer@employmentattorneyla.com |